ORIGINAL

# DISTRICT COURT FOR THE  UNITED STATES
## DISTRICT OF COLUMBIA

FILED

SEP 1 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JOHN ANTONIO CASILLAS 06843-069
AKA JOHN CASILLAS Unit B
Plaintiff,

*Federal Satellite Low
2650 Hwy 301 South
Jessup, GA 31599*

v.

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF INFORMATION
Defendant(s)

Case: 1:07-cv-01621
Assigned To : Roberts, Richard W.
Assign. Date : 9/13/2007
Description: FOIA/PRIVACY ACT

HONORABLE JUDGE DOUGLAS  H. GIL__
FOR THE DISTRICT OF COLUMBIA

COMPLAINT

PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 3 AND
TITLE 5 UNITED STATES CODE §552

```
John Casillas (c) 1945/TDC, Sui Juris
Authorized Representative on behalf of
JOHN ANTONIO CASILLAS(C) 1945/ENS LEGIS
USMN 06843-069 UNIT BA
FEDERAL SATELLITE LOW
2650 HWY 301 SOUTH
JESUP, GA [31599]
```

**RECEIVED**

AUG 2 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CERTIFICATE OF PRO-SE COUNSEL

The plaintiff, JOHN ANTONIO CASILLAS(C) 1945/ENS LEGIS/NUL TIEL CORPORATE ON RECORD, right and through a special visitation of John Casillas, sui juris, per-se,  attorney- in- fact  for the plaintiff, authorized representative of the plaintiff, request that this Honorable Court for the Federal District of Washington, D.C. consider this pleading with extreme liberty, as the plaintiff representative is appearing pro-se. Haines v. Kerner, 404 US 519, 520-21(1972).

The plaintiff, certify that the attached documents are submitted as exhibits in support of this complaint, I have personal knowledge of the original of the exhibits and state that the copies truly and accurately represents said originals.

I, the plaintiff, have read the foregoing and state that it is, true and correct under the penalty of perjury.


RESPECTFULLY SUBMITTED, on this 18th day of July 2007 in JESUP, GA.


John Antonio Casillas
_____
JOHN ANTONIO CASILLAS (C) 1945/ENS LEGIS
USMN 06843-069 UNIT BA
FEDERAL SATELLITE LOW
2650 HWY 301 SOUTH
JESUP, GA [31599]


i

DISTRICT COURT OF THE UNITED STATES
DISTRICT OF COLUMBIA

JOHN ANTONIO CASILLAS
AKA JOHN CASILLAS

    Plaintiff,

    v.

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF INFORMATION AND PRIVACY

    Defendant(s).

_____/

NOTICE OF COMPLAINT

JURISDICTION
RULE 3, 28 USC
ADMINISTRATIVE PROCEDURE ACT
5 USC §701-706

5 USC §501
5 USC §552
5 USC §556(d)

Article III

HONORABLE JUDGE DOUGLAS H. GINSBURG:

    PLEASE TAKE NOTICE, that upon the annexed **AFFIDAVIT** and Brief in support of Complaint of JOHN ANTONIO CASILLAS(C) 1945/ENS LEGIS NUL TIEL CORPORATE ON RECORD, dated July 18th, 2007, and all the proceedings shown herein as Exhibits, plaintiff will move this Honorable Court, before  Judge DOUGLAS H. GINSBURG, CHIEF JUDGE. E. BARRET PRETTYMAN COURTHOUSE, 333 CONSTITUTIONAL AVE. N.W., WASHINGTON, D.C. 20001-2866, for an **ORDER** against the defendant(s) DOJ for the release of information and documents, i.e., full disclosure and release of records of all Criminal Bonds, Bondings, Chattel Morgage or, otherwise as to:  UNITED STATES OF AMERICA V. JOHN ANTONIO CASILLAS. Criminal Case: CR 90-0314 CC: U.S. District of Puerto Rico,(AUSA ROSA EMILIA RODRIGUEZ VELES) of the plaintiff or in the alternative for such other and further relief as this Honorable Court may deem just and appropriate in the best interest of justice.

RESPECTFULLY SUBMITTED, in Jesup, Ga this 18th day of July 2007.

_JOHN ANTONIO CASILLAS_
JOHN ANTONIO CASILLAS/ENS LEGIS
USMN O6843-069 UNIT BA
FSL/2650 HWY 301 S./JESUP, GA 31599

1

DISTRICT COURT  OF THE UNITED STATES
DISTRICT  OF  COLUMBIA

JOHN ANTONIO CASILLAS
AKA JOHN CASILLAS

     Plaintiff,

    v.

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF INFORMATION AND PRIVACY

    Defendant(s)

_____/

**A F F I D A V I T**
In Support of Complaint

**JURISDICTION**

Rule 3, 28 USC.
Title  5 USC §552
Title  5 USC §501
Title  5 USC §556(d)
Title  5 USC §701-706
ARTTICLE  III

**A F F I D A V I T**
Adjudication for Judgment

STATE OF GEORGIA    )
WAYNE COUNTY       )  ss:  Affidavit of JOHN ANTONIO CASILLAS
united States of America )

    The plaintiff/affiant in the above entitled action, states under

his **OATH** and under  pains  and penalties of perjury that the allega-

tions contained in the foregoing **COMPLAINT** and this **AFFIDAVIT** wherein

affiant is the plaintiff are the truth according to affiant's best

knowledge information and belief.  In support states the following.

    **PLEASE TAKE  NOTICE,** that upon this Affidavit of **JOHN ANTONIO**

**CASILLAS (C) 1945/ENS LEGIS/NUL TIEL CORPORATION ON RECORD,** the

plaintiff  the affiant moves this Honorable Court  of the Federal

District of Columbia under Title 5 USC  §552 for an **ORDER** for the

release of requested record in the possession of  the defendant(s)

[DOJ]. See  Exhibits enclose herein as evidence.  I am the  real

1

**Sentient** man John Antonio Casillas and the ens  legis is JOHN ANTONIO
CASILLAS.  I am not privy to the **NUL TIEL CORPORATE.**  I am the request-
er on behalf of the **Ens Legis.**  I  **John Casillas, sui juris,**  am   the
**Creditor** not the **Debtor.**

      **PLEASE TAKE NOTICE,** that every court judgment is a lien, both
Civil  and Criminal.  The Criminal Judgment  and Chattel Morgages are
packaged as Mortgaged backed securities  and sold under Fanny Mae and
Ginny Mae to investors, these judgments are sold to pay the interest
on the Mortgages backed securities already sold.  Fact is, that the
'UNITED STATES CORPORATION' has created commercial paper  for each
inmate in prison  and put a price  on him hypothecate that  price
many times.  **Correctional Corporation of America** (Nashville, Tennessee)
creates the bonds, and **Lehman Brothers**  underwrite those bonds for
being brought and sold on the world financial  markets. All stock,
Bond, commercial paper are held by the **Depository Trust Company, 55
Water Street, New York, New York 10041,** and  are  the actual owners
of the Mortgage backed securities, and are the beneficial owners.

      **PLEASE TAKE NOTICE,** and notice had been provided to the DOJ and
the BOP that  the Bonding  and/or Bond(s) Information [requested],
Date or  Reports in total are no longer Accorded Exempt Status unless
under specific exemptions noted,  and only with reference to specific
sitation, or authority.  Nemetz v. Department of  Treasury, 446 F.
Supp.  102(1987);  Akins v.  Federal Election  Comn., 101  F.3d 731
(1996);  Gummol v. Gore, 180 F.3d 282(1999) and Solar Sources  Inc.
v. United States, 142  F.3d 1033(1998).   Accordingly, there is no
authority to withhold information or limit availability of  record
except  as provided  in  statute (5 USCA §552).

2

PLEASE TAKE NOTICE, and **Notice** is hereby given to the Attorney General, ALBERTO GONZALES, that JOHN ANTONIO CASILLAS (C) 1945/ENS LEGIS NUL TIEL CORPORATE, invokes his right to cancel any commercial transaction done without his knowledge or consent pursuant to Regulation 'Z' [15 USCA §1635(a)], precision is automatic, as published in Title 12 CFR 226.23 (d)(1), including, if allowed by law, voiding any judgment, then prisoner obligation [imprisonment] shall be null and void. In the case at bar, there has been a violation of **Regulation 'Z'** of the **Truth and Lending Act [TILA]**, when fraudulent commercial transactions has taken place without his knowledge or condent. In fact, the plaintiff has statutory right that has been created by the liberty interest in the statute to invoke its protection under federal law and he is intitled to rescind the transaction. Obligator has a right to rescind and Creditor had an obligation to disclose the right to him. Titles 15 USCA §1535(a)(1) and 12 CFR §226.23(d)(1).

PLEASE TAKE NOTICE, and **Notice** is hereby given to the **DOJ,** that an instrument signed by one who had neither knowledge of its character or its essential terms, is not enforceable even by a holder in due course, because such fraud is intrinsic. UCC §3-305(2)(c). The indictment papers of JOHN ANTONIO CASILLAS (C) 1945/ENS LEGIS NUL TIEL CORPORATE ON RECORD, 90 CR 0314 CC, UNITED STATES OF AMECA V. JOHN ANTONIO CASILLAS, date file November 12, 1990, AUSA ROSA EMILIA RODRIGUEZ VELES, USA DANIEL F. LOPES ROMO. District of Puerto Rico, are nul tiel corporate on record and nulla pactione effici potsest ut dolus praestetur. In turn there is **"FRAUD IN FACT"** which violates Title 28 USC §2007.

Affiant, hereby affirms that this Affidavit is presented in good faith in support of his Complaint enclose herein and declare pursuant to federal law under the penalty of perjury that the fore-going is true and correct.

RESPECTFULLY SUBMITTED, in Jesup, Ga this 18th day of July 2007.


*John Antonio Casillas*
JOHN ANTONIO CASILLAS (C) 1945/ENS LEGIS
USMN 01843-069 UNIT BA
FEDERAL SATELLITE LOW
2650 HWY 301 SOUTH
JESUP, GA 31599

4

ORIGINAL

## DISTRICT COURT OF THE UNITED STATES
## DISTRICT OF COLUMBIA

JOHN ANTONIO CASILLAS
   AKA JOHN CASILLAS
      Plaintiff,

                 v.

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF INFORMATION AND PRIVACY
      Defendant(s).

_____/

                      COMPLAINT

                    CASE NO. 07 CV _____

                    JURISDICTION
                       Rule 3, 28 USC
                       5 USC §501
                       5 USC §552
                       28 USC §1331
                       28 USC §1334(b)
                       28 USC §1651
                    ALTICLE III
                       5 USC §§701-706

## C O M P L A I N T
Brief in Support of Complaint

HONORABLE JUDGE DOUGLAS H. GINSBURG:

    The plaintiff complaining of the defendant(s) alleges and says:

    The plaintiff is currently incarcerated at the Federal Satellite Low Facility in Jesup, Ga, 2650 HWY 301 South, Jesup, GA 31599.

    This is a civil action seeking access to government information and records pursuant to the Freedom of Information Act[FOIA] Title 5 USC §552 enacted by Congress to make agency records more accessible to public.

    This action is brought pursuant to Title 5 USC §552(a)(4)(B) for the released of the requested record to wit: the release of information and documents, i.e., full disclosure and release of all records of all **CRIMINAL BONDS, BONDINGS.** or otherwise as to : **UNITED STATES OF AMERICA V. JOHN ANTONIO CASILLAS, CRIMINAL CASE, 90 CR 0314 CC**

1

filed November 12, 1990, sentenced on November 16, 1991, AUSA ROSA EMILIA RODRIGUEZ VELES, UNITED STATES ATTORNEY DANIEL LOPES ROMO, DISTRICT OF PUERTO RICO, SAN JUAN DIVISION - that vere SOLD without the knoledge, consent or notice of the ENS LEGIS AUTHORIZED representative at law, the living SENTIENT John Casillas, sui juris. This Court has jurisdiction of this action under Title 5 USC §552 (a)(4)(B), Federal Rules of Civil Procedure, Rule 3, 28 USC §§1331, 1334(b) and 5 USC §501, 5 USC §§701-706.

This action is properly in front of this Court when all administrative remedies has been completed. See Exhibits herein provide in support of Complaint.

This action involves the public interest in the integrety of FOIA. Specially when the information requested is public record and the provision of it to the public in not regulated and does not fall under the restriction of exemption of the FOIA as a result its release is mandatory and its location should be provided.

WHEREFORE, plaintiff, JOHN ANTONIO CASILLAS (C) 1945/ENS LEGIS NUL TIEL CORPORATE ON RECORD, prays the court as follows:

1) For an ORDER that this information requested be disclosed.

2) That the BONDS whereabouts be provided heretofore existing in Criminal Case 90 CR 0314 CC, and that the plaintiff be GRANTED full disclosure of their whereabouts.

3) For such other and further relief as to which the Court may deem just, fit and proper.

2

RESPECTFULLY SUBMITTED, in Jesup, Ga this 18th day of July 2007.


*John Antonio Casillas*
JOHN ANTONIO CASILLAS (C) 1945/ENS LEGIS
USMN 06843-069 UNIT BA



                              AFFIRMATION

STATE OF GEORGIA            )
WANE COUNTY                 )   ss:        Verification
united States of America    )


     JOHN ANTONIO CASILLAS/ENS LEGIS, the plaintiff declares and affirms that he read the contends of the foregoing Complaint and Affidavit in support of complaint and that the same are true of his own knowledge, except as to those they stated upon information and belief, and as to those matters and things, he believes them to be true and declare under federal law under the penalty of perjury that the foregoing is true and correct.

RESPECTFULLY SUBMITTED, in Jesup, Ga, this 18th day of July 2007.


*John Antonio Casillas*
JOHN ANTONIO CASILLAS (C) 1945/ENS LEGIS
USMN 06843-069 UNIT BA
FEDERAL SATELLITE LOW
2650 HWY 301 SOUTH
JESUP, GA 31599

                              3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing documents were duly served and mailed by placing said documents in the Institution mail box this 18th day of July 2007 to:


OFFICE OF INFORMATION AND PRIVACY
UNITED STATES DEPARTMENT OF JUSTICE
425 NEW YORK AVE. N.W., SUITE 11050
WASHINGTON, DC 20530-0001


CLERK'S OFFICE
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA COURTHOUSE
333 CONSTITUTION AVE. N.W., SUITE 5409
E. BARRETT PETTYMAN BLDG
WASHINGTON, DC 20001


by U.S. mail postage prepaid, declare under the penalty of perjury that the foregoing is true and correct.

*John Antonio Casillas*

JOHN ANTONIO CASILLAS (C) 1945/ENS LEGIS
USMN 06843-069 UNIT BA
FEDERAL SATELLITE LOW
2650 HWY 301 SOUTH
JESUP, GA 31599

4

# DISTRICT COURT OF THE UNITED STATES
## DISTRICT OF COLUMBIA

JOHN ANTONIO CASILLAS
  AKA JOHN CASILLAS
     Plaintiff,

                          CASE NO. 07 CV _____

                          HON. JUDGE DOUGLAS H. GINSBURG

     v.

                          VERIFICATION OF EXHIBITS

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF INFORMATION AND PRIVACY
     Defendant(s)

_____/

    Plaintiff, JOHN ANTONIO CASILLAS (C)/ENS LEGIS/NTC on record, affiant, per-se deposes and states as follows:

    1)  I am the plaintiff/affiant in the above entitled case and in the instant proceeding under FRCivP, RULE 3 and 5 USC §552.

    2)  The attached documents are submitted as exhibits in support of Complaint.  I have personal knowledge of the original of the exhibits and state that the copies truly and accurately represent said original.

    3)  I have read the foregoing and state that it is true and correct under the penalty of perjury.

RESPECTFULLY SUMMITTED, in Jesup, Ga this 18th day of July 2007.

_John Antonio Casillas_
JOHN ANTONIO CASILLAS (C) 1945/ENS LEGIS
USMN 06843-069 UNIT BA
FEDERAL SATELLITE LOW
2650 HWY 301 SOUTH
JESUP, GA 31599

EXHIBIT A



**U.S. Department of Justice**

Office of Information and Privacy

_____

Telephone: (202) 514-3642          *Washington, D.C. 20530*

JUN 2 0 2007

Mr. John A. Casillas
Register No. 06843-069
Federal Correctional Institution          Re:    Appeal No. 07-1622
2650 Highway 301 South                            Request No. 06-3539
Jesup, GA 31599                                    ALB:CAS

Dear Mr. Casillas:

     You appealed from the action of the Executive Office for United States Attorneys (EOUSA) on your request for access to records pertaining to criminal bonding information in the District of Puerto Rico.

     After carefully considering your appeal, I am affirming EOUSA's action on your request. EOUSA informed you that it was unable to locate any responsive records in its files. I have determined that EOUSA's response was correct.

     If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

                  Sincerely,

                  Janice Galli McLeod
                  Associate Director

(1)

EXHIBIT B



**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                     *Washington, D.C. 20530*

JUN 0 7 2007

Mr. John A. Casillas
Register No. 06843-069
Federal Satellite Low
2650 Hwy 301 South
Jesup, GA 31599

      Re:  Request No. 06-4037

Dear Mr. Casillas:

      This is to advise you that your administrative appeal from the action of the Executive Office for United States Attorneys was received by this Office on June 4, 2007.

      The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours.  In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt.  Your appeal has been assigned number **07-1622**.  Please mention this number in any future correspondence to this Office regarding this matter.

      We will notify you of the decision on your appeal as soon as we can.  We regret the necessity of this delay and appreciate your continued patience.

                          Sincerely,

                          Priscilla Jones
                          Supervisory Administrative Specialist

CERTIFIED MAIL NO. 70005 2570 0001 7396 2848     MEMORANDUM OF RECORD

OFFICE OF INFORMATION AND PRIVACY
UNITED STATES DEPARTMENT OF JUSTICE
1425 NEW YORK AVE., SUITE 11050
WASHINGTON, D.C. 20530-0001

May 9, 2007

### APPEAL OF FOIA/PA DENIAL

This is an Appeal of FOIA/PA denial from JOHN ANTONIO CASILLAS/ Ens Legis/NTC on Record, BOPN 06843-069/Unit BA/Feder 1 Satellite Low/ 2650 HWY 301 South/Jesup, Ga [31599]/DOB July 19, 1945/SSN 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/ EIN 116343892, in  U.S. Department of Justice FOIA/PA Case No. 06-4037.

Requester John Casillas, the living Sentient, Sui Juris, authorized representative under Federal law since birth OF  JOHN ANTONIO CASILLAS (C) 1945/Ens Legis/NTC on Record, requested on behave of the ENS LEGIS all commercial Bonding Certification on Criminal Case NO 90 CR 0314 CC, UNITED STATES OF AMERICA VS. JOHN ANTONIO CASILLAS, indictment filing date November 12,1990, and sentencing date of November 16, 1991, AUSA ROSA EMILIA RODRIGUEZ VELEZ.   United States Attorney DANIEL F. LOPEZ ROMO, for the DISTRICT OF PUERTO RICO, SAN JUAN DIVISION, for copies of all record of Securities Issued on the account of criminal case no 90 CR 0314 CC/DPR of charging instrument Ens Legis name  of JOHN ANTONIO CASILLAS;  Bid Bonds; Performance Bonds; Payments Bonds; Miller Bonds;  Non-Miller Bonds; 1090 OID Forms;  1090 INT forms;  TIN Files;  IMF Files, and also to be provided with the Bond Number(s) in Criminal cause 90 CR 0314 CC/DPR and to be provided with the name(s) of the present holder(s) of these Bonds, see UCC §3-410(2), these were SOLD  without the knowledge, consent or notice of the Ens legis authorized representative the living Sentient John Casillas/TDC, Sui Juris.

The date of the request was November 6, 2006, and made to "Mr. WILLIAM G. STEWARD II, Assistant Director, U.S. Department of Justice/ EOUSA/FOIA/PA STAFF/BICN BLDG, ROOM 7300/600 ST., N.W./WASHINGTON, D.C. 20530." See copy of Attachment herein enclose as EXHIBIT A.

A response from "Mr. William G. Steward II, Assistant Director, U.S. Department of Justice, EOUSA/FOIA/PA Staff, BICN BLDG, Room 7300, 600 E. St. N.W., Washington, D.C. 20530" was received by the Requester on May 3, 2007 dated April 30, 2007 denying the request. See copy of attachment herein enclose as EXHIBIT B.

I HEREBY CERTIFY, I have suscribed the foregoing Appeal for FOIA/ PA 1974 for copies of Commercial Instruments Issued and  Sold without the Knowledge, consent or notice to the Principal on Criminal Case No 90 CR 0314 CCC/DPR, I know the content and the matters and allegations set forth therein are true and under the penalty of perjury.

RESPECTFULLY SUBMITTED, this 9th day of May 2007 in Jesup, Ga by

_John Casilla_

John Casillas, PE 1945/TDC-Sui Juris on behalf of JOHN ANTONIO CASILLAS (C) 1945/ENS LEGIS/BOPN 06843-069/UNIT BA/FEDERAL SATELLITE LOW/2650 HWY 301 SOUTH/JESUP, GA 31599

(3)

cc: file

EXHIBIT D

**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Staff*
*600 E Street, N.W., Room 7300*
*Washington, D.C. 20530*
*202-616-6757  Fax 202-616-6478*

Request Number: ___06-4037___   Date of Receipt: __04-24-07__
Requester: _____Cassillas, John A._____
Subject: _____Self (bonds only) / DPR_____

Dear Requester:

    In response to your Freedom of Information Act and/or Privacy Act request, the paragraph(s) checked below apply:

APR 30 20

1.    [   ]    A search for records located in EOUSA -_____ has revealed no responsive records regarding the above subject.

2.    [ x ]    A search for records located in the United States Attorney's Office(s) for _DPR_ has revealed no responsive records regarding the above subject

3.    [   ]    After an extensive search, the records which you have requested cannot be located.

4.    [   ]    Your records have been destroyed pursuant to Department of Justice guidelines.

5.    [   ]    Please note that your original letter was split into separate files ("requests"), for processing purposes, based on the nature of what you sought. Each file was given a separate Request Number (listed below), for which you will receive a separate response: ____.

    This is the final action on this above-numbered request. You may appeal this decision on this request by writing within 60 days from the date of this letter to the **Office of Information and Privacy, United States Department of Justice, 1425 New York Avenue, Suite 11050, Washington, D.C. 20530-0001**. Both the letter and envelope should be marked "FOIA Appeal." If you are dissatisfied with the results of any such administrative appeal, judicial review may thereafter be available in U.S. District Court, 28 C.F.R. §16.9.

                    Sincerely,

                    William G. Stewart II
                    Assistant Director

                            Form No. 005 - 2/06

④



*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Staff*
*600 E Street, N.W., Room 7300*
*Washington, D.C. 20530*
*202-616-6757  Fax 202-616-6478*

Request Number: 06-4037 _____    Requester: ___ John A. Casillas _____

Subject: ___ Self (bonds only) _____    DEC 27 ....

   The Executive Office for United States Attorneys (EOUSA) has received your Freedom of Information Act/Privacy Act (FOIA/PA) request. It has been assigned the above number. Please give us this number if you write about your request. If we need additional information, we will contact you within two weeks.

   Your request will be placed in the order in which it was received for processing, unless it is a very large request (Project Request). Then, it will be placed in a separate group of Project Requests, which are also processed in the order received.

   EOUSA makes every effort to process most requests within a month (20 working days). There are some exceptions, for example, Project Requests take approximately nine months to process. Requests for "all information about myself in criminal case files" are usually Project Requests. If you have made such a request, you may either write us and narrow your request for specific items, or you may expect that the processing of your request may take nine months from the date of this letter.

   By making a FOIA/PA request, you have agreed to pay fees up to $25, as stated in 28 CFR § 16.3(c), unless you have requested a fee waiver. Please note that pursuant to 28 CFR § 16.11, we are required to charge fees for time used to search for the documents you have requested and for duplication of all pages released to you. Normally, search time is charged at a rate of $28 per hour after the first two hours which are free, and duplication fees are $0.10 per page after the first 100 pages which are free. Please do not send any payment at this time! If we anticipate that fees will exceed $25 or the amount you have stated in your letter (if greater than $25), we will normally notify you of our estimate of fees. After we have received your agreement to pay for the expected fees (or you have narrowed your request to reduce fees) and we have processed your request, we will require payment for the accumulated charges before we release documents to you. Without such payment, your request file will be closed without further action.

                              Sincerely,

                              *Lillian G. Stewart*

                              William G. Stewart II
                              Acting Assistant Director

                                            Form No. 001 -6/05

(5)

Certified Return Receipt Number: 7005 2570 0001 9193 0588

Mr. William G. Stewart II,    AAD
U.S. Department of Justice
EOUSA/FOIA/PA Staff
BICN BLDG., Rm. 7300
600 E. Street, N.W.
Washington, D.C.  20530

November 5, 2006

RE:        Request No. 06-3539

Subject:   Response to your letter, dated October 30, 2006

Dear Mr. Stewart II:

   I am responding to your October 30, 2006 letter.  I am adhering
to your instructions in that letter.  I am re-submitting a New request
with Certificate of Identity.  Also I want to make cristal clear that
I am requesting the following:

       "DISCLOSURE OF ALL CRIMINAL BONDS, BONDING, or otherwise as to:
       U.S.A. v. JOHN ANTONIO CASILLAS, criminal case; CR-90-0314(CCC),
       U.S. District Court of Puerto Rico. (AUSA ROSE E. RODRIGUEZ VELEZ)."

   I am making my request as John Antonio Casillas on behalf of
JOHN ANTONIO CASILLAS, ENS LEGIS.

   I pray this will clarify my New request as to what I am requesting.
If you need any additional info , please advise.

**RESPECTFULLY SUBMITTED.**


                              Sincerely,

                              *John Antonio Casillas*

                              John Antonio Casillas, on behalf
                              of, **JOHN ANTONIO CASILLAS, ENS LEGIS,**
                              Reg. Jail No. 06843-069 Unit B-A
                              Federal Satellite Low
                              2650 Hwy 301 S.
                              Jesup, Georgia  31599

(6)

Certified Mail Number 7005 2570 0001 7393 0588    Memorandum of Record

U.S. DEPARTMENT OF JUSTICE
William G. Stewart II-A.A. Director
EOUSA/FOIA/PA STAFF
BICN BLDG., RM 7300
600 E. STREET, N.W.
WASHINGTON, D.C. 20530

DIRECT RESPONSE TO:
JOHN ANTONIO CASILLAS
06843-069 Unit BA
Federal Satellite Low
Jesup, Georgia 31599
DOB 07/19/45/Puerto Rico
SSN 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
IDENTIFICATION OF REQUESTER
In Accordance with 28 CFR
§16.41(d).

November 6, 2006.

RE:    DISCLOSURE OF ALL CRIMINAL BONDS, BONDING, OR OTHERWISE AS
REQUESTED BELOW - U.S.A. v. JOHN ANTONIO CASILLAS - CASE NO.
90-CR-00314 CC, U.S. DISTRICT COURT, DISTRICT   OF  PUERTO
RICO, ( A.U.S.A. ROSA E. RODRIGUEZ VELEZ).

Dear Mr. Stewart II:

    This request is made pursuant to the provisions of the Freedom of
Information Act 5 USC §552 and Privacy Act 5 USC §552(d)(1) for full
disclosure and release of all records and/or data contained in   the
files of yours department and/or Commercial Crimes Bonding Information
and/or Case Bonding Information and/or Commercial Crimes Bonding Cer-
tification 5 USC §552(a)(2)(A)(B) of records that are secured   and
maintained by your Department and/or Agency.

    The records sought specifically but not limited file  containing:
(1) Criminal Case Bonding Information. (2) Commercial Bond Cetifica-
tion.(3) Noted Criminal Case Bonding and/or the Pledge for the finan-
cing of the Criminal Case, U.S.A. v. JOHN ANTONIO CASILLAS-CASE NO.
90 CR 00314 CC, U.S. DISTRICT COURT, DISTRICT OF PUERTO RICO, (AUSA,
ROSA EMILIA RODRIGUEZ VELEZ). (4) Certified true and correct  copies
of the Bond(s) and identification number(s).(5) Certified indication
of the amount secured per Bond per each offense charged.(6) The expi-
ration date and specified interest for the specified length of time
of these Bond(s).(7)  Which government body and/or whom or what "per-
son(s) i.e. corporations, companies, associations, firms, partnerships,
societies, joint stock companies, individuals and/or officers   (a)
secured the Bond(s)  (b) hold the Bond(s). (8) Any and all other re-
cords and data concerning the Bond(s) not otherwise exempt by 5 USC
§552(a)(6)(C), (b)(7), 5 USC §552a(j)(2), (k)(2) or law, Public
Citizen v. Dept. of Justice, 491 US 440, 105 L.Ed.2d 377(1989); Dept.
of Justice v. Reporters Comm., 489 US 749, 103 L.Ed.2d 774, 109 S.Ct.
1448(1989); Detroit Free Press v. Dept of Justice, 73 F.3d 93(1998);
FBI v. Abramson, 465 US 615, 72 L.Ed.2d 376, 102 S.Ct. 2054(1982),
including exemption - 5 USC §552(b)(3).

    If the information, records and/or data requested   are `placed,
filed. secured and /or held in a separate, different and/or distinct
file by or under another name, number or identifier other than the
case docket number and/or Agency to open and/or access that file
for all the information, records and/or date requested herein.

1

⑦

It is further requested that your Department and/or Agency in response to all the information requested, specifically inform me if and to what government body and/or to whom and/or what "person" previously described, has been released and/or disclosed any of the information and/or material requested herein, their name, titled purpose and need for such information and/or material, the date of release, and the specific information and/or material released and/or disclosed such release and/or disclosure 5 U.S.C. §552a(b)(1)---(12), (c)(1)---(4), or law, Abraham & Rose, P.L.C. v. U.S., 138 F.3d 1075(1998); Ray v. Dept. of Justice, 720 F.2d (1983).

Your Department and/or Agency is advised that the Bonding and/or Bond(s) info, data or reports in total are no longer accord exempt status unless under specific exemptions  noted, and only with reference  to specific citation of authority, Nemetz v. Department of the Treasury, 446 F.Supp. 102(1987; Akins v. Federal Election Com'n, 101 F.3d 731(1996); Gummoc v. Gore, 180 F.3d 282(1999); Solar Sources Inc. v. U.S., 142 F.3d 1033(1998).

I agree to pay any reasonable costs of fees applicable to this request, above/or beyond the specified allotment of costs or fees applicable at no charge pursuant to The Uniform Practices Code, The OMB Uniform FOIA Fee Schedule & Guidelines §6(b) Fed. Reg. 10017, in compliance with 31 U.S.C. §9701, or if I, am considered indigent, I ask that your Department and/or Agency wave all changes pursuant to 5 U.S.C. §552a(i)(3) et seq.

Pursuant to 5 U.S.C. §552(a)(6)(A)(i), it  is noted that your Department and/or Agency  has ten (10) working days following receipt of this request to provide me this information and/or material south.  Should any delay occur, it is requested that your Department and/or Agency inform me of this delay as provided by 5 U.S.C. §552(a)(6)(B), and the date when your Department and/or Agency will be able to act. In the event that I do not receive the response in the specific time provided by statute, I will then be forced to pursue other remedy, Public Citizen v. F.T.C., 869 F.2d 1541(1989); Blazy v. Tenet, 194 F.3d 90, (1999); GMRI Inc. v. E.E.O.C., 149 F.3d 449(1998).

I Certify under penalty of perjury under the laws of The United States of America in the nature of [28 U.S.C. §1746(1)], that I have read the foregoing request for information and know the contents thereof and that the information listed above is true, correct and complete.

JOHN ANTONIO CASILLAS/ENS LEGIS
Date of birth July 19, 1945/Rio Piedras Puerto Rico
SSN 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

Executed   NOVEMBER 6, 2006

/s/ _John Antonio Casillas_
John Antonio Casillas
non assumpsit/TDC

2

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]  **JOHN ANTONIO CASILLAS/ENS LEGIS**

Citizenship Status [2] **U.S.**          Social Security Number [3] **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**

Current Address **FEDERAL SATELLITE LOW/2650 HWY 301 SOUTH, JESUP GA 31599**

Date of Birth **JULY 19,1945**     Place of Birth **RIO PIEDRAS, PUERTO RICO**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4]  *John Antonio Casillas*         Date **November 6, 2006**

## OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

### Print or Type Name

[1] Name of individual who is the subject of the record sought.
[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.
[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[4] Signature of individual who is the subject of the record sought.

FORM APPROVED OMB NO. 1103-0016
EXPIRES 4/31/07

FORM DOJ-361
SEPT 04

EXHIBIT H

Executive Office for United States Attorneys
Freedom of Information/Privacy Act Staff
600 E Street, N.W., Room 7300
Washington, D.C. 20530
202-616-6757  Fax 202-616-6478

OCT 30 2006

Requester: <u>John A. Casillas</u>

Request Number: ___<u>06-3539</u>___

Subject of Request: <u>Self</u>

Dear Requester:

      Your recent request for records from the Executive Office for United States Attorneys (EOUSA) has been received. Before the Executive Office can begin processing your request, it is necessary for you to correct one or more deficiencies. Please comply with the paragraphs checked below:

1.   [√] A requester must provide a notarized example of his/her signature or a certification of identity under penalty of perjury. This insures that information pertaining to an individual is released only to that person. A form is enclosed for your use.

2.   [ ] The files and records of United States Attorneys are maintained in over one hundred separate offices throughout the United States. Please identify the specific United States Attorney's office(s) where you believe records may be located. This would be primarily the district(s) in which a prosecution or litigation occurred.

3.   [ ] To insure that records are properly identified, provide subject's full name, current address, and date and place of birth.

4.   [√] A request must describe the records sought in sufficient detail to allow location of the records with a reasonable amount of effort (i.e., processing the request should not require an unduly burdensome effort or be disruptive of Department operations). Please provide more specific information about the records you seek, such as appropriate dates, locations, names, nature of the records, etc.

5.   [ ] Please note that your original letter was split into separate files ("requests"), for processing purposes, based on the nature of what you sought. Each file was given a separate Request Number (listed below), for which you will receive a separate response:

    <u>**NOT SPLIT**</u>

      By making a FOIA/PA request, you agree to pay fees up to $25, as stated in 28 C.F.R. § 16.3©, unless you request a waiver of fees (according to requirements in 28 C.F.R. § 16.11(k)). Indigency does not constitute a basis for a fee waiver. Please note that pursuant to 28 C.F.R. § 16.11, we are required to charge fees for time used to search for the documents you have requested and for duplication of all pages released to you. Normally, search time is charged at a rate of $28

                   (Page 1 of 2)
                Form No. 003 - 2/06

(18)

the expected fees (or you have narrowed your request to reduce fees) and we have processed your request, we will require payment for the accumulated charges before we release any documents to you (in excess of 100 free pages). Without such payment, your request file will be closed without further action.

Once you have corrected the above deficiencies, please submit a new request for the documents. This is a final determination and your request for information has been closed. When we have received your new, corrected request, we will open a new file for you. **Please send your new, corrected request to the address above.**

This is the final action on this above-numbered request. You may appeal this decision on this request by writing within 60 days from the date of this letter to the **Office of Information and Privacy, United States Department of Justice, 1425 New York Avenue, Suite 11050, Washington, D.C. 20530-0001.** Both the letter and envelope should be marked "FOIA Appeal." If you are dissatisfied with the results of any such administrative appeal, judicial review may thereafter be available in U.S. District Court, 28 C.F.R. §16.9.

Sincerely,

William G. Stewart II
Acting Assistant Director

[] Enclosure(s)

11

Note: Your letter contained conflicting language asking for all records on yourself but also for only bond information. Please clarify for us whether you want all records on yourself or just the bond information you cited.



**U.S. Department of Justice**

_____

*Washington, D.C. 20530*

OCT 1 1 2006

John A. Casillas
Reg. No. 06843-069
Unit: B-2
F.C.I. - Jesup
2600 Highway 301 South
Jesup, GA   31599

Dear Mr. Casillas:

This is in response to your two requests for records, dated August 15, 2006.   Your Freedom of Information Act and/or Privacy Act (FOIA/PA) requests were received by this office which serves as the receipt and referral unit for FOIA/PA requests addressed to the Department of Justice (DOJ).   Federal agencies are required to respond to FOIA requests within 20 business days.   This period does not begin until the requests are actually received by the component within the DOJ that maintains the records sought.

We have referred your requests to the DOJ component(s) you have designated or, based on descriptive information you have provided, to the component(s) most likely to have the records. The component(s) to which your requests has been forwarded are indicated on the enclosed FOIA/PA Referral/Action Slip.   All future inquiries concerning the status of your requests should be addressed to the office(s) listed below:

> FOIA/PA
> Federal Bureau of Prisons
> Department of Justice
> HOLC Building, Suite 841
> Washington, DC   20534
> (202) 514-6655

> FOIA/PA
> Executive Office for U.S. Attorneys
> Department of Justice
> 600 E Street, NW, Room 7300
> Washington, DC   20530-0001
> (202) 616-6757

Sincerely,

Ronald Deacon, Director
Facilities and Administrative
    Services Staff
Justice Management Division

Enclosure
FOIA/PA Referral/Action Slip

(13)

U.S. Department of Justice
Justice Management Division

# Freedom of Information Act/Privacy Act Referral/Action Slip

Clerk:  M. Barnes

Date:  OCT 1 1 2006

Organization:  JMD/FASS

Building & Room:  LOC, 113

| To | From | | To | From | |
|----|------|--|----|------|--|
| ❑ | ❑ | Office of Information & Privacy | ❑ | ❑ | Immigration Review, Executive Office for |
| | | _____ | ❑ | ❑ | Inspector General, Office of |
| | | _____ | ❑ | ❑ | Intelligence Policy and Review, Office of |
| | | _____ | ❑ | ❑ | INTERPOL, U.S. National Central Bureau |
| | | _____ | ❑ | ❑ | Justice Management Division Staff: _____ |
| ❑ | ❑ | Antitrust Division | | | |
| ❑ | ❑ | Bureau of Alcohol, Tobacco, Firearms and Explosives | ❑ | ❑ | Justice Programs, Office of |
| ❑ | ❑ | Civil Division | ❑ | ❑ | Legal Counsel, Office of |
| ❑ | ❑ | Civil Rights Division | ❑ | ❑ | National Drug Intelligence Center |
| ❑ | ❑ | Community Relations Service | ❑ | ❑ | Pardon Attorney, Office of |
| ❑ | ❑ | Community Oriented Policing Services | ❑ | ❑ | Professional Responsibility Advisory Office |
| ❑ | ❑ | Criminal Division | ❑ | ❑ | Professional Responsibility, Office of |
| ❑ | ❑ | Dispute Resolution, Office of | ❑ | ❑ | Solicitor General, Office of |
| ❑ | ❑ | Drug Enforcement Administration | ❑ | ❑ | Tax Division |
| ❑ | ❑ | Environment & Natural Resources Division | ☑ | ❑ | U.S. Attorneys, Executive Office for |
| ☑ | ❑ | Federal Bureau of Prisons | ❑ | ❑ | U.S. Marshals Service |
| ❑ | ❑ | Federal Bureau of Investigation | ❑ | ❑ | U.S. Parole Commission |
| ❑ | ❑ | Federal Detention Trustee, Office of | ❑ | ❑ | U.S. Trustees, Executive Office for |
| ❑ | ❑ | Foreign Claims Settlement Commission | ❑ | ❑ | _____ |

Requester:  John A. Casillas

Ref: _____

Date of Request:  August 15, 2006

Received By:  FOIA/PA Mail Referral Unit _____    Type of Request:  FOI/PA

Remarks:  Requester advised of this referral. _____

FORM JMD-481
Rev. Mar. 2004

(14)

JS-44
(Rev.1/05 DC)

I 07-1621 RWR

## I (a) PLAINTIFFS

John Antonio Casillas

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

Pro Se (PR)

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
# 06843-069

## DEFENDANTS

US Dept of Justice

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)

THE

Case: 1:07-cv-01621
Assigned To : Roberts, Richard W.
Assign. Date : 9/13/2007
Description: FOIA/PRIVACY ACT

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☐ 3 Federal Question
(U.S. Government Not a Party)

☒ 2 U.S. Government Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust

☐ 410 Antitrust

### ☐ B. Personal Injury/ Malpractice

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

3

| ☐ G.  *Habeas Corpus/ 2255* | ☐ H.  *Employment Discrimination* | ☒ I.  *FOIA/PRIVACY ACT* | ☐ J.  *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ☐ K.  *Labor/ERISA (non-employment)* | ☐ L.  *Other Civil Rights (non-employment)* | ☐ M.  *Contract* | ☐ N.  *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

5 USC 552 (FOA)

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23  **DEMAND $** 0  Check YES only if demanded in complaint **JURY DEMAND:** ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  ☐ YES ☒ NO  If yes, please complete related case form.

DATE 9/13/07  SIGNATURE OF ATTORNEY OF RECORD  NCD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd