U.S. Department of Justice
United States Marshals Service

# NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of Columbia

TO: United States Dept. of Justice
950 Pennsylvania Ave., NW
DC 20530

Civil Action, File Number 07-1621 RWR

John Antonio Casillas
v.
United States Dept. of Justice

...ed pursuant to the Federal Rules of Civil Procedure.

...t part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ...ose. Keep copy 3 for your records.

...OWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, ...ther entity, you must indicate under your signature your relationship to that entity. If ...thorized to receive process, you must indicate under your signature your authority.

...2 of this form to the sender within ___ days, you (or the party on whose behalf you ...curred in serving a summons and complaint in any other manner permitted by law.

...this form, you (or the party on whose behalf you are being served) must answer the ...ere sent. If you fail to do so, judgment by default will be taken against you for the

...tice and Acknowledgment of Receipt of Summons and Complaint By Mail was

Signature (USMS Official)

...F RECEIPT OF SUMMONS AND COMPLAINT

...d a copy of the summons and of the complaint in the above captioned manner at

Street Number and Street Name or P.O. Box No.

City, State and Zip Code

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

Copy 4 - USMS District Suspense

Form USM-299
(Rev. 6/95)

SENDER: COMPLETE THIS SECTION

- ...plete items 1, 2, and 3. Also complete ...4 if Restricted Delivery is desired.
- ...t your name and address on the reverse ...that we can return the card to you.
- ...ttach this card to the back of the mailpiece, ...or on the front if space permits.

1. Article Addressed to:

U.S. Dept. of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530

07-1621

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

SEP 18 2007

9-13-07 RWR

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)
7003 2260 0000 4984 6997

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

RECEIVED