**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
JOHN ANTONIO CASILLAS           )
aka JOHN CASILLAS               )
#06843-069, Unit BA             )
Federal Satellite Low           )
2650 Hwy 301 South              )
Jesep, GA 31599                 )
                                )
            Plaintiff,          )
                                )
      v.                        )   Civil Action No. 07-1621(RWR)
                                )
UNITED STATES DEPARTMENT        )
OF JUSTICE OFFICE OF            )
INFORMATION AND PRIVACY,        )
                                )
            Defendant.          )
                                )
_____ )
```

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Diane M. Sullivan as counsel for defendant in the above-captioned case.

Respectfully submitted,

___/s/_____
DIANE M. SULLIVAN, D.C. Bar #12765
Assistant United States Attorney
555 Fourth Street, N.W.
Room E4919
Washington, D.C.  20530
(202)514-7205

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by First-Class Mail; postage prepaid to:

JOHN ANTONIO CASILLAS
aka JOHN CASILLAS
#06843-069, Unit BA
Federal Satellite Low
2650 Hwy 301 South
Jesep, GA 31599

on this _____ day of October, 2007.

```
                         ___/s/_____
                         DIANE M. SULLIVAN
                         Assistant United States Attorney
                         555 Fourth Street, N.W.
                         Room E4919
                         Washington, D.C.  20530
                         (202)514-7205
```