UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN ANTONIO CASILLAS                )<br>                                      )<br>            Plaintiff,               )<br>                                      )<br>       v.                             )   Civil Action No. 07-1621(RWR)<br>                                      )<br>UNITED STATES DEPARTMENT              )<br>OF JUSTICE OFFICE OF                  )<br>INFORMATION AND PRIVACY,              )<br>                                      )<br>            Defendant.                )<br>                                      )<br>_____) | |

**MOTION FOR AN ENLARGEMENT OF TIME**

The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for a thirty day enlargement of time up to and including November 20, 2007 to answer the complaint.

The answer to the complaint is presently due on October 11, 2007. Due to an administrative oversight in the U.S. Attorney's Office, the case was not assigned to the Assistant U.S. Attorney primarily responsible for the case until October 2, 2007. The AUSA has forwarded the complaint and a request for a litigation report to the agency today, October 4, 2007. Because of the oversight, counsel needs additional time to obtain the necessary information to respond to the complaint and to propose a briefing schedule.

Counsel for the defendant did not contact plaintiff <u>pro se</u>. Plaintiff is a prisoner incarcerated in Jessup, Georgia (Complaint). <u>See</u> LCvR. 7(m)(limiting the duty to confer on non-

dispositive to "counsel" and "opposing counsel"); LCvR. 16.3(a)(excluding pro se prisoners from the definition of "counsel").

    Wherefore, it is respectfully requested that the defendant have up to and including November 11, 2007 to answer the complaint.

                      Respectfully submitted,

                      __/s/_____
                      JEFFREY A. TAYLOR, D.C. BAR # 498610
                      United States Attorney

                      __/s/_____
                      RUDOLPH CONTRERAS, D.C. BAR # 434122
                      Assistant United States Attorney

                      __/s/_____
                      DIANE M. SULLIVAN, D. C. BAR # 12765
                      Assistant United States Attorney
                      Judiciary Center Building
                      555 Fourth Street, N.W.
                      Room E4919
                      Washington, D.C. 20530
                      (202) 514-7205

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was served by First-Class Mail; postage prepaid to:

JOHN ANTONIO CASILLAS  
aka JOHN CASILLAS  
# 06843-069, Unit BA  
Federal Satellite Low  
2650 Hwy 301 South  
Jesep, GA 31599

on this _____ day of October, 2007.

    \_\_\_/s/_____  
    DIANE M. SULLIVAN  
    Assistant United States Attorney  
    555 Fourth Street, N.W.  
    Room E4919  
    Washington, D.C.  20530  
    (202)514-7205