
DISTRICT COURT FOR THE UNITED STATES
DISTRICT OF COLUMBIA

JOHN ANTONIO CASILLLAS
AKA JOHN CASILLAS
PLAINTIFF,

V.

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF INFORMATION AND PRIVACY
DEFENDANT(S).

**RECEIVED**
OCT 1 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

HONORABLE JUDGE R.W. ROBERTS
JUDGE FOR THE DISTRICT OF COLUMBIA

PETITION FOR LEAVE TO FILE MOTION FOR JUDGMENT ON THE
PLEADING AND SUMMARY JUDGMENT

John Casillas (c) 1945/TDC, Sui Juris
Authorized Representative on Behalf of
JOHN ANTONIO CASILLAS (C) 1945/ENS LEGIS
USMN 06843-069   UNIT BA
FEDERAL SATELLITE LOW
2650 HWY 301 SOUTH
JESUP, GA [31599]

DISTRICT COURT FOR THE UNITED STATES
FOR THE DISTRICT OF COLUMBIA

JOHN ANTONIO CASILLAS

   Plaintiff,        Civil Action No. 07-1621(RWR)

 v.

UNITED STATES DEPARTMENT   NOTICE OF AFFIRMATION
OF JUSTICE OFFICE OF
INFORMATION AND PRIVACY,

   Defendant(s).
_____/


AFFIRMATION

STATE OF GEORGIA     )
WAYNE COUNTY      ) ss: Verify Affirmation of
united States of America )    JOHN ANTONIO CASILLAS

  JOHN ANTONIO CASILLAS/ENS LEGIS, the plaintiff declares and affirms that he read the contends of the foregoing "Petition for Leave to File Motion on the Pleading and Summary Judgment" and that the same are true of his own knowledge, except as to those they stated upon information and belief, and as to those matters and things, he believes them to be true and declare under federal law [Title 28 USC §1746 and Title 18 USC §1621] under the penalty of perjury that the foregoing is true and correct.


RESPECTFULLY SUBMITTED, in Jesup, Ga this day of October 2007.


*John Antonio Casillas*
JOHN ANTONIO CASILLAS (C) 1945/ENS LEGIS
USMN 06843-068 UNIT BA
FEDERAL SATELLITE LOW
2650 HWY 301 SOUTH
JESUP, GA [31599]

CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this date a true and correct copy of the foregoing motion has been mailed to the following parties:

OFFICE OF INFORMATION AND PRIVACY
UNITED STATES DEPARTMENT OF JUSTICE
425 NEW YORK AVE. N.W., SUITE 11050
WASHINGTON, DC 20530-0001

CLERK'S OFFICE
U.S. DISTRICT COURT
D.C. COURTHOUSE
333 CONSTITUTION AVE. N.W., SUITE 5409
E. BARRETT BLDG
WASHINGTON, DC 20001

UNITED STATES ATTORNEY'S OFFICE
DISTRICT OF COLUMBIA
555 FOURTH STREET, N.W.
WASHINGTON, D.C. 20530

by U.S. mail postage prepaid through institutional mail box this 12th day of October, declare under the penalty of perjury that the foregoing is true and correct.


*John Antonio Casillas*
JOHN ANTONIO CASILLAS (C) 1945/ENS LEGIS
USMN 06843-069   UNIT BA
FEDERAL SATELLITE LOW
2650 HWY 301 SOUTH
JESUP, GA [31599]

DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF COLUMBIA

JOHN ANTONIO CASILLAS
AKA JOHN CASILLAS

   Plaintiff,

  v.

UNITED STATES DEPARTMENT   OF
JUSTICE OFFICE OF INFORMATION
AND PRIVACY ACT,

   Defendant(s).
_____/

CIVIL ACTION NO. 07-1621(RWR)

HON. JUDGE R.W. ROBERTS

JURISDICTION

RULE 12(c), 28 USC
RULE 54(c), 28 USC

ARTICLE III

MOTION FOR JUDGEMENT ON THE PLEADING
AND SUMMARY JUDGMENT

TO THE HONORABLE JUDGE ROBERTS:

  The plaintiff, JOHN ANTONIO CASILLAS (C) 1945/ENS LEGIS, NUL TIEL CORPORATE ON RECORD, right and through a special visitation of John Casillas, sui juris, the living Sentient, attorney-in-fact for the plaintif, authorized representative in the above entitled case, moves pro-se the Court pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, and Rule 56(c) to enter its order granting plaintiff's judgment on the pleading and/or summary judgment against Respondent(s), on the ground that there are no material facts in dispute between the parties and that as a matter of law the plaintiff is entitled to the relief prayed for in the complaint. In support very respectfully informs, alleges and prays as follows:

1

Plaintiff invokes <u>Haines v. Kerver</u>, 404 us 519(1972) as the legal rule to be followed for liberal consideration toward toward pro-se litigans. Also, plaintiff invokes <u>Yamamoto v. Bank of New York</u>, 319 F.3d 1167(2003) legal's rule mandated by the Truth and Lending Act followed in the case.

Plaintiff also invokes the legal rules established in the following cases pertaining to Bond(s), i.e., "bond information requested are no longer accorded exempt status unless specific exemptions noted, and only with reference to specific citation, or authority, see <u>Newetz v. Department of Treasury</u>, 446 F. Supp. 102 (1987); <u>Akins v. Federal Election Comm.</u>, 101 F.3d 731(1996); <u>Gummol v. Gore</u>, 180 F.3d 282(1999) and <u>Solar Sources Inc. v. United States</u>, 142 F.3d 1041(1998). This cases depits the conditional statement referring to facts where there is no authority to withhold information or limit availability of record except as provided in statute such as Title 5 USC §552.

On October 10, 2007, plaintiff received a motion dated October 4, 2007 at his place of inprisonment, where the defendant(s) through their undersigned attorneys, requested the Court for an extension of time due to an agency inattentive error or omission in Civil Action No. 07-1621(RWR). See, Exhibit A.

The Court had cause Notice on the U.S. Attorney's to answer Plaintiff's Complaint by October 11, 2007. The Plaintiff had cause Notice on the Agency on July 18,2007. See copy of Complaint Certificate of Service hereby included as Exhibit B.

2

Furthermore, the information that the AUSA has cited, "The AUSA has forwarded the Complaint and a request for a litigation report to the agency today October 4, 2007 in their request for an extention of time due to an inattentive error in the U.S. Attorney's Office", and this answer does not denied the Complaint, therefore, there is/are no factual controvercy in dispute in this case. I have **ACCEPTED** your **OFFER**, I have returned it, I have offered my **EXEMPTION** in exchange of the **DISCHARGE** of the **BONDS** documents, I request that you discharge the **BOND** documents whereabouts **to me**.

Consequently, judgment on the pleading or in the alternative summary judgment is the appropriate remedy for an Order against the defendant(s)**(DOJ)** for the release of information and documents, i.e., full disclosure and release of records of all Criminal Bonds, Bondings, Chattel Morgage or otherwise as to: **UNITED STATES OF AMERICA V. JOHN ANTONIO CASILLAS,** Criminal Case, CR 90-0314(CCC), U.S. District of Puerto Rico**(AUSA, ROSA EMILIA RODRIGUEZ VELEZ)** of the plaintiff.

Plaintiff asserts that pursuant to Rule 12(c) of the Federal Rules of Civil procedures the plaintiff may move the Court for judgment on the pleading when no factual controversy in dispute exists. This court has a duty owed to the plaintiff, because the jurisdiction of federal courts is defined and limited, in the words of Article III, to actual "cases" and "controversies". <u>Witmore v. Arkansas,</u> 495 US 149, 154-55, 110 S.CT. 1717,1772, 109 L.Ed.2d 135(1990); <u>Flast v. Cohen,</u> 392 US 83, 84, 88 S.Ct. 1942, 1949, 20 L.Ed.2d 947 (1968). The Supreme Court has long recognized the Federal Judicial exits only to redress an injury to the complaining party.

Additionally, plaintiff contends that pursuant to Federal Rules of Civil Procedure 56(c) which provides that summary judgment is proper "if the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any, show that there is no genuine issue as to any material facts and that the moving party is entitled to a judgment as a matter of law. Fed.R. Civ. 56(c). When the moving party files a motion for summary judgment, the non-moving party cannot "rest upon the mere allegations or denials of his pleadings, but ... must set forth specific facts showing there is a genuine issue for trial". Anderson v. Liberty Lobby, Inc., 477 US 242 at 248(1990)(quotation omitted).

Plaintiff contends that under Rule 56, district court litigants opposing summary judgment have a right to a trial whenever there exits a "genuine issue as to any material fact". We may reasonably presume that the information the United States attorney's cites in "The AUSA has forwarded the complaint and a request for a litigation report to the agency today October 4, 2007 in their request for an extention of time due to an inattentive error in the U.S. Attorney's Office" and not a denial of the claim presented by Plaintiff, if this is taken as true, sets forth specific facts shown there is no genuine issue of fact for trial, there is no case of controversy, therefore, summary judgment on the pleading is appropiate under the circumstances, Agosto v. IRS, 436 US 748 at 956(1978)("a district court generally cannot grant summary judgment based on its assesment of the credibility of the evidence presented"); Anderson v. Libberty Lobby Inc., supra("at the summary judgment stage the judge's function is not himself to weight the evidence and determine the truth of the matter but to determine where there is a

4

genuine issue for trial");  Courts have power to punish in a summary manner the disobedience of any party to any lawful writ, ... order ... or command to the court. <u>Eilenbecker v. District Court,</u> 143 US 31, 10 S.Ct. 424, 33 L.Ed. 801(1890).

Plaintiff contends that the Respondent(s) are in violation of Plaintiff's federal rights under the Freedom of Information Act. The Court should enter its Order granting Plaintiff's judgment on the pleading and summary judgment against Respondent's on the ground that there are no material facts in dispute between the parties and that as a matter of law the plaintiff is entitled to the relief prayed in his complaint.

WHEREFORE, premises considered, in light of the above mentioned situations, the plaintiff respectfully request that this Honorable Court at law grant this Motion.


RESPECTFULLY SUBMITTED. In Jesup, Georgia this 12th of October 2007.


*John Antonio Casillas*
JOHN ANTONIO CASILLAS (C) 1945/ENS LEGIS
USMN 06843-069   UNIT BA

5

APPENDIX

DOCUMENT                                                              PAGE


1)   Defendant's Motion Requesting Additional Time
     to Respond Complaint. Exhibit A ..........................

2)   Copy of Complaint's Certificate of Service
     Hereby Included as Exhibit B .............................




         I HEREBY CERTIFY THAT ALL THESE DOCUMENTS ARE TRUE COPIES
OF THE ORIGINAL UNDER THE PENALTY OF PERJURY.

*JOHN ANTONIO CASILLAS*
JOHN ANTONIO CASILLAS (C) 1945/ENS LEGIS
USMN 06843-069

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN ANTONIO CASILLAS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.   ) | Civil Action No. 07-1621(RWR) |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF JUSTICE OFFICE OF ) | |
| INFORMATION AND PRIVACY, ) | |
| ) | |
| Defendant.  ) | |
| ) | |

## MOTION FOR AN ENLARGEMENT OF TIME

The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for a thirty day enlargement of time up to and including November 20, 2007 to answer the complaint.

The answer to the complaint is presently due on October 11, 2007. Due to an administrative oversight in the U.S. Attorney's Office, the case was not assigned to the Assistant U.S. Attorney primarily responsible for the case until October 2, 2007. The AUSA has forwarded the complaint and a request for a litigation report to the agency today, October 4, 2007. Because of the oversight, counsel needs additional time to obtain the necessary information to respond to the complaint and to propose a briefing schedule.

Counsel for the defendant did not contact plaintiff pro se. Plaintiff is a prisoner incarcerated in Jessup, Georgia (Complaint). See LCvR. 7(m)(limiting the duty to confer on non-

dispositive to "counsel" and "opposing counsel"); LCvR. 16.3(a)(excluding pro se prisoners from the definition of "counsel").

Wherefore, it is respectfully requested that the defendant have up to and including November 11, 2007 to answer the complaint.

Respectfully submitted,

/s/ *Jeffrey A. Taylor (DMS)*
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/ *Rudolph Contreras*
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/ *Diane Sullivan*
DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530
(202) 514-7205

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by First-Class Mail; postage prepaid to:

JOHN ANTONIO CASILLAS
aka JOHN CASILLAS
# 06843-069, Unit BA
Federal Satellite Low
2650 Hwy 301 South
Jesep, GA 31599

on this ____4th____ day of October, 2007.

/s/ *Diane M. Sullivan*
DIANE M. SULLIVAN
Assistant United States Attorney
555 Fourth Street, N.W.
Room E4919
Washington, D.C.  20530
(202) 514-7205

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY, that a true and correct copy of the foregoing documents were duly served and mailed by placing said documents in the Institution mail box this 18th day of July 2007 to:

OFFICE OF INFORMATION AND PRIVACY
UNITED STATES DEPARTMENT OF JUSTICE
425 NEW YORK AVE. N.W., SUITE 11050
WASHINGTON, DC 20530-0001

CLERK'S OFFICE
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA COURTHOUSE
333 CONSTITUTION AVE. N.W., SUITE 5409
E. BARRETT PETTYMAN BLDG
WASHINGTON, DC 20001

by U.S. mail postage prepaid, declare under the penalty of perjury that the foregoing is true and correct.

*John Antonio Casillas*
JOHN ANTONIO CASILLAS (C) 1945/ENS LEGIS
USMN 06843-069 UNIT BA
FEDERAL SATELLITE LOW
2650 HWY 301 SOUTH
JESUP, GA 31599

7004 1350 0001 5797 1325

4