UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN ANTONIO CASILLAS            )
                                 )
            Plaintiff,           )
                                 )
      v.                         )     Civil Action No. 07-1621(RWR)
                                 )
UNITED STATES DEPARTMENT         )
OF JUSTICE OFFICE OF             )
INFORMATION AND PRIVACY,         )
                                 )
            Defendant.           )
                                 )
_____)

### MOTION FOR AN ENLARGEMENT OF TIME

The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for an enlargement of time to respond to plaintiff's Petition for Leave to File Motion for Summary Judgment on the Pleading and Summary Judgment up to and including November 20, 2007.

The defendant's motion for summary judgment is presently due November 20, 2007. The U.S. Attorney's Office in Puerto Rico is presently preparing an affidavit in response to plaintiff's FOIA request. In order to save judicial time and effort, counsel for the defendant would request that she respond to plaintiff's motion by way of a cross-motion for summary judgment to be filed on November 20, 2007, the date a responsive pleading is presently due.

Plaintiff <u>pro</u> <u>se</u> is presently incarcerated and was not contacted concerning this motion. <u>See</u> LCvR. 7(m)(limiting the duty to confer on non-dispositive to "counsel" and "opposing

counsel").

Wherefore, it is respectfully requested that the defendant have up to and including November 20, 2007 to file a response to plaintiff's motion for summary judgment.

Respectfully submitted,

\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

\_\_/s/_____
DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530
(202) 514-7205

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was served by First-Class Mail; postage prepaid to:

JOHN ANTONIO CASILLAS  
aka JOHN CASILLAS  
# 06843-069, Unit BA  
Federal Satellite Low  
2650 Hwy 301 South  
Jesep, GA 31599

on this _____ day of October, 2007.

                                ___/s/_____  
                                DIANE M. SULLIVAN  
                                Assistant United States Attorney  
                                555 Fourth Street, N.W.  
                                Room E4919  
                                Washington, D.C.  20530  
                                (202)514-7205

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN ANTONIO CASILLAS )<br>)<br>  Plaintiff, )<br>)<br>  v. )<br>)<br>UNITED STATES DEPARTMENT )<br>OF JUSTICE OFFICE OF )<br>INFORMATION AND PRIVACY, )<br>)<br>  Defendant. )<br>)<br>_____) | Civil Action No. 07-1621(RWR) |

**ORDER**

Upon consideration of defendant's Motion for an Enlargement of Time, any Opposition thereto, and the entire record, it is on this _____ day of November, 2007, hereby

ORDERED that defendant's motion is GRANTED. It is further

ORDERED that defendant shall have up to and including November 20, 2007 to respond to plaintiff's Petition for Leave to File Motion for Summary Judgment on the Pleading and Summary Judgment.

_____
U.S. DISTRICT COURT JUDGE

Copies to:

DIANE M. SULLIVAN
Assistant United States Attorney
555 Fourth Street, N.W.
Room E4919
Washington, D.C.  20530

JOHN ANTONIO CASILLAS
aka JOHN CASILLAS
# 06843-069, Unit BA
Federal Satellite Low
2650 Hwy 301 South
Jesep, GA 31599