LEGAL NOTICE

## DISTRICT COURT FOR THE UNITED STATES
## DISTRICT OF COLUMBIA

---

### JOHN ANTONIO CASILLAS
### AKA JOHN CASILLAS
### PLAINTIFF,


### V.


### UNITED STATES DEPARTMENT OF JUSTICE
### OFFICE OF INFORMATION AND PRIVACY
### DEFENDANT(S).

---

### HONORABLE JUDGE R. W. ROBERTS
### JUDGE FOR THE DISTRICT OF COLUMBIA

---

### PETITION FOR LEAVE TO FILE
### MOTION FOR ALLOCUTE STATEMENT FOR THE RECORD AND
### CONDITIONAL ACCEPTANCE FOR VALUE

---

John Casillas (c) 1945/TDC, Sui Juris, in esse
Authorized Representative on Behalf of JOHN
ANTONIO CASILLAS (C) 1945/ENS LEGIS, in posse
USMN 06843-069 UNIT BA
FEDERAL SATELLITE LOW
2650 HWY 301 SOUTH
JESUP, GA [31599]

# RECEIVED

NOV 1 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## DISTRICT COURT FOR THE UNITED STATES
## FOR THE DISTRICT OF COLUMBIA

JOHN ANTONIO CASILLAS
AKA JOHN CASILLAS
        PLAINTIFF,

                                    CIVIL ACTION NO
                                      1:07CIV1621(RWR)

    V.

                                    NOTICE OF AFFIRMATION

UNITED STATES DEPARTMENT
OF   JUSTICE  OFFICE  OF
INFORMATION AND PRIVACY
        DEFENDANT(S).
_____/


                        AFFIRMATION


STATE OF GEORGIA          )
WAYNE COUNTY              )    ss:  Verify Affirmation of
united States of America  )         JOHN ANTONIO CASILLAS


        JOHN ANTONIO CASILLAS, ens legis, in posse, declares and

affirms that his authorized representative John Casillas, sui

juris, in esse, the real leaving man read the contends of the

foregoing 'Petition For Leave To File Motion For Allocute Sta-

ment For The Record And Conditional Acceptance For Value' and

that the same are true of his own knowledge, except as to those

they stated upon information and belief, and as to those matters

and thigs, he believes them to be true and declare under Federal

law Title 28 USC §1746 and Title 18 USC §1621, under penalty of

perjury that the foregoing is true and correct until the real

party in interest written claim of proof of claim to the contrary.

RESPECTFULLY SUMITTED, in Jesup, Ga this 15th day of November 2007.

_John Antonio Casillas_____
Plaintiff's Authorized Signature[UCC 3-402b]
JOHN ANTONIO CASILLAS (C) USMN 06843-069 for
John Casillas, in esse, sui juris
FEDERAL SATELLITE LOW/2650 HWY 301 SOUTH
JESUP, GA [31599]

**LEGAL NOTICE**

## DISTRICT COURT OF THE UNITED STATES
## DISTRICT OF COLUMBIA

JOHN ANTONIO CASILLAS
AKE JOHN CASILLAS
      PLAINTIFF,

      V.

UNITED STATES DEPARTMENT
OF JUSTICE OFFICE OF
INFORMATION AND PRIVACY
      DEFENDANT(S).
_____/

ADMIRALTY
ARTICLE III, §2, CL.1

CIVIL ACTION NO.
1:07CIV1621(RWR)

PETITION FOR LEAVE TO FILE

JURISDICTION

Rule 9(h), 28 USC
§1292(a)(5), 28 USC
§706, 5 USC

### MOTION FOR ALLOCUTE STATEMENT FOR THE RECORD AND
### CONDITIONAL ACCEPTANCE FOR VALUE

TO: ALL RESPONDANTS; DEPARTMENT OF JUSTICE, MICHAEL MUKASEY(A.G.), UNITED STATES DEPARTMENT OF JUSTICE DISTRICT OF PUERTO RICO AND UNITED STATES ATTORNEY OFFICE DISTRICT OF COLUMBIA.

The plaintiff, JOHN ANTONIO CASILLAS(C) 1945, in posse, ens legis, nul tiel corporate on Record, right and through a special visitation of John Casillas in esse, sui juris, the living Sentient, attorney-in-fact for the ens legis, authorized representative, sovereign party by authority of United States Congress pursuant to Pub. L. 600, 81th Congress of July 3, 1950, c. 446, 64 Stat. 319, aggrieved party, UCC 1-202, authorized representative UCC 3-403(20)(3), hereby moves pro-se the court pursuant to Rule 9(h) of the Federal rules of Civil Procedure, Title 28 USC §1292(a)(3) and Title 5 USC §706. "Opens this court of record", by special visitation, in honor, without dishonor, giving defendants' **grace/opportunity to cure** and to show good faith by delivery to **Me** a full a Full forencic Accounting of the **Escrow case Account/3:90CR0314(CCC)**, D.P.R.,

1

prior to any Hearing or Allocute, for **My** conditional Acceptance and "Authorized Signature" in pari-material with UCC §3-410 and §3-402b for settlement and closure through **My** exemption, on the **Private**(living soul) side of the accounting ledger, not the fictitious legal fiction/corporate side of the fiscal cycle of accrual accounting ledger whereby **Defendant(s)' sold the prisoner's "capital and interest"** through accounting as a commercial dishonor by traversing or failing to state for the record that the Plaintiff is not a corporation.

Plaintiff, unschooled in law, without Dishonor, herinafter, **I, Me, Myself,** without counsel, do solemly state that **I** relied upon experts and competent witnesses as **My** points and authorities for **My** demands and for **My** facts and claims that Defendants' are operating under a jurisdiction of **FICTION** Corporate **"Statute"** in the criminal case Escrow Account case, wherein criminal statutes are ... "Bonds or obligations of Record" (Black's Law Dictionary 4th Edition defenition of "Statute"), subject to Defendants' providing **Me** with a written claim and proof of claim to the contrary within the three (3) day time period mandated by the legislature, signed under the penalty of perjury by Defendants' first hand knowledge, and for the untaking **CUSIP #** (Committee on Uniformed Securities Identification Process Number), and the Warrants/Bonds held by other agents and agencies for tracking Trades made upon **My** private **EXEMPTION [EIN 116343892]** without **My** permission, i.e., **I** am asking for the signed certified verification of Assessment and name of the Registered Public Accounting Firm and name of Auditor who assessed the **"Charges"**

credential, oath, as Defendants' **wilfully** failed to deliver or disclose who filed out **My** bid Bond done on **SF 273** and who issued the Performance Bond from Form **SF 274** and Payment Bond on Form **SF 275** on 3:90CR0314CCC,DPR. A six (6) digit tracking number is issued for the Certificate of Stocks in the Commodity and Security Exchange by **CUSIP** www.cusip.com and www.cits.com, the law enforcement tracking software, and a nine (9) digit number (called Ordinance Number) is issued for the Certificate of Stocks going internationally to **ANNA** (see link for **ANNA** at www.cusip.com.)

Everything that one signs is a financial asset, or a security (see Articles 3,4,8 & 9 UCC) and ... All forms of incarceration generate income = (Prison for profit) (All crimes are commercial crimes see, 27 CFR Part 72.11) all Off Budget with no accounting to We The People , even through CCA: Correction Corp. of America, including jail time, and parole, supervised release time, subject to your and  the  real Party in interests written claim of proof claim to the contrary.

Demandant/Plaintiff is unschooled in law and mandates the court to take **Judicial Notice** in pari-materia with the enunciation of principles as stated in Haines v. Kermer, 404 US 519, wherein the court directed that those who are unschooled in law prosecuting petitions and/or complaints shall have the court look to the substance of the paperwork rather than in the form, and hereby makes the **NOTICE OF CONDITIONAL ACCEPTANCE FOR VALUE OF ALL PRIOR AND SUBSEQUENT ENTRY OF ANY RESPONSIVE PLEADING PAST OR PRESENTLY DUE** upon condition precedent that Defendants in esse, deliver to **Me** the **CUSIT #** held by Committee on Uniform Securities for Identification Procedures

3

and deliver to **Me** a complete forensic account of case no. 3:90CR0314 CCC,DPR(1990) prior to any Hearing Allocute or Judgment in this case, in to all documents that Defendants continue to willfully denied to **Me**.

With all due respect, Defendants are acting in Bad Faith, and neglected their duty(s) to perform or respond and correct **FALSE MUSTER** after repeated **Notices and demands** for Defendants', who have superior knowledge of the law and whose **oath of office** demands no less.

I have no disagreement with Defendants laws and will comply with all applicable laws of Congress as long as they are in **compliance with the Federal Constitution/Statutory for their enactments**. I do solemnly state that **My** request for documents throughout this proceedings[FOIA] are not **My** original ideas, for I have relied upon experts, law experts and law websites, to which Defendants never rebutted **My** Affidavits of Truth or Facts point by point; and Defendants stipulated to, and are in agreement with **My** issues facts and claims by silent acquiescence, tacit procuration and agreement.

**CAVEAT**

**RE: ALLOCUTED STATEMENT: dated November 15, 2007 AD and for the record:**

I am truly sorry for any law I may have broken, for it was a mistake and not my intention to break any law. It was a mistake on my part, and I ask forgiveness for my mistake and ignorance. At no time have I intended to break any law.

4

Secondly, I accept for value these proceedings in their enti-
rely including, your draft on **Me**, as is **My** duty under public policy
because only sentient living being can create credit (not fiction),
and a living man is exempt from levy from a **FICTION Corporation** ab-
sent a contract with two (2) wet Signatures. I have done **My** duty
under public policy in this account/case **Without Dishonor**, and I
am hereby re-drafting the prosecutor for adjustment of the same.

**I Accept for Value and Return For Closure and Discharge With-
out Recourse for Me,** for Defendants' **Failure to State a claim upon
Which Relief or Remedy can be Granted,** subject to **your written claim
and proof of claim by First-hand Knowledge to the contrary,** prior
to proceeding further.

I hereby request any outstanding **Real Claim** in this matter
against **Me**, the sentient, living, breathing, Man, be brought forth
prior to **ANY JUDGMENT.**

I do solemnly state that if no claims agaist **Me**, as a living
man, are forthcoming, I request the **Order/Release** of the court to
be released to **Me** immediately without any undue delay as I have
consistently and forthrightly acted in the open with good faith and
clean hands. The accuser has willfully failed to provide Full Disclo-
sure, and willfully did not provide documents to disprove their
functions in fraudulent conveyance, and showed bad faith by "sea-
ling most of my court records", without contract, my consent or
moving part.

I do solemnly state that your court is structured to only add-
ress artificial entities, i.e., creditors or debtors, and from the

beginning of this case I tried to get **Full Disclosure** of this acco-

unt to make sure I had being tried as a living flesh and blood man,

and **I Accept for Value** all presentments that had been made to on

behalf of the **CAPITALIZED NAME "JOHN ANTONIO CASILLAS" A "STRAW-**

**MAN"** a Trasmitting Utility, **Without Prejudice** so as not be found

in Dishonor, subject to any written claim and proof of claim to the

contrary from a first-hand knowledge party participating in this

case within (3) days or prior to **ANY JUDGMENT.**

Your silence is acquiescence/ stipulation that this is a co-

mmercial Private matter, and for the Record, I did not give **My** con-

sent for sentencing, fine, probation (supervised release) or any-

thing else until the **Real Party of Interest** provides documents

requested, and the district court judge provides the **Bond**, required

by Federal Law [District of Columbia] to render judgments.

**I HEREBY ACCEPT FOR VALUE** this and any hearing, Order, judgment

and Return your Order to your for Adjustment of this case for clo-

sure, I put forth this statement into the record and Request the

Order/Release of the court to be released to **Me** immediately.


RESPECTFULLY SUBMITTED in Jesup, Ga this 15th day of November 2007.


*John Antonio Casillas*
JOHN ANTONIO CASILLAS (C) 1945/ENS LEGIS/AUTHORIZED
SIGNATURE (UCC 3-402b) for John Casillas, in esse,
sui juris/USMN 06843-069 UNIT BA
FEDERAL SATELLITE LOW
2650 HWY 301 SOUTH
JESUP, GA [31599]

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date of November 15, 2007, a true and correct copy of the foregoing Petition for Leave to File has been mailed to the following parties:


OFFICE OF INFORMATION AND PRIVACY
UNITED STATES DEPARTMENT OF JUSTICE
425 NEW YORK AVE. N.W., SUITE 11050
WASHINGTON, DC 20530-0001

CLERK'S OFFICE
U.S. DISTRICT COURT
333 CONSTITUTION AVE. N.W., SUITE 5409
WASHINGTON, DC 20001

UNITED STATES ATTORNEY'S OFFICE
DISTRICT OF COLUMBIA
JUDICIAL CENTER BLDG
555 FOURTH ST., N.W., ROOM E4919
WASHINGTON, DC 20530

UNITED STATES ATTORNEY'S OFFICE
ROSA EMILIA RODRIGUEZ VELEZ [USA]
TORRE CHARDON SUITE 1201
350 CHARDON AVE.
SAN JUAN, PUERTO RICO 00918


by U.S. mail postage prepaid through institutional mail box this day of November 15, 2007, declare under the penalty of perjury that the foregoing is true and correct.




JOHN ANTONIO CASILLAS
_____
JOHN ANTONIO CASILLAS (C) 1945/ENS LEGIS
AUTHORIZED SIGNATURE, UCC 3-402b for
John Casillas, in esse, sui juris
USMN O6843-069 UNIT BA
FEDERAL SATELLITE LOW
2650 HWY 301 SOUTH
JESUP, GA [31599]

7

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN ANTONIO CASILLAS      )
                           )
            Plaintiff,     )
                           )
      v.                   )      Civil Action No. 07-1621(RWR)
                           )
UNITED STATES DEPARTMENT   )
OF JUSTICE OFFICE OF       )
INFORMATION AND PRIVACY,   )
                           )
            Defendant.     )
                           )
_____)

## MOTION FOR AN ENLARGEMENT OF TIME

The defendant, pursuant to Rule 6(b)(1) of the Federal Rules

of Civil Procedure, moves the Court for an enlargement of time to

respond to plaintiff's Petition for Leave to File Motion for

Summary Judgment on the Pleading and Summary Judgment up to and

including November 20, 2007.

The defendant's motion for summary judgment is presently due

November 20, 2007. The U.S. Attorney's Office in Puerto Rico is

presently preparing an affidavit in response to plaintiff's FOIA

request.  In order to save judicial time and effort, counsel for

the defendant would request that she respond to plaintiff's

motion by way of a cross-motion for summary judgment to be filed

on November 20, 2007, the date a responsive pleading is presently

due.

Plaintiff <u>pro se</u> is presently incarcerated and was not

contacted concerning this motion. <u>See</u> LCvR. 7(m)(limiting the

duty to confer on non-dispositive to "counsel" and "opposing

counsel").

Wherefore, it is respectfully requested that the defendant have up to and including November 20, 2007 to file a response to plaintiff's motion for summary judgment.

Respectfully submitted,

__/s/__ _Jeffrey A. Taylor_
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

__/s/__ _Rudolph Contreras_
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

__/s/__ _Diane M. Sullivan_
DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530
(202) 514-7205

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by

First-Class Mail; postage prepaid to:

JOHN ANTONIO CASILLAS
aka JOHN CASILLAS
# 06843-069, Unit BA
Federal Satellite Low
2650 Hwy 301 South
Jesep, GA 31599

on this __31 st__ day of October, 2007.


                              /s/ Diane M. Sullivan
                              DIANE M. SULLIVAN
                              Assistant United States Attorney
                              555 Fourth Street, N.W.
                              Room E4919
                              Washington, D.C.  20530
                              (202)514-7205