in the district court for the United States
for the District of Columbia

Case No. 1:07CV1621RWR
_____

JOHN ANTONIO CASILLAS
AKA JOHN CASILLAS
Third party Plaintiff,


v.



UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF INFORMATION AND PRIVACY
Third party Defendants,


John Casillas

Third Party Intervener.

_____

HONORABLE JUDGE R.W. ROBERTS
JUDGE FOR THE DISTRICT OF COLUMBIA
_____

PLAINTIFF'S ANSWER AND NOTICE OF ACCEPTANCE
_____




John Casillas, in esse, sui juris, Injured
Party of Interest/Third-Party Intervener/
Principal in behalf of JOHN ANTONIO CASILLAS (C),
ens legis/Trust c/o 06843-069 Unit BA
FEDERAL SATELLITE LOW
2650 HWY 301 S.
JESUP, GA [31599]

# RECEIVED

DEC 1 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

in the district court for the United States
for the District of Columbia

JOHN ANTONIO CASILLAS
AKA JOHN CASILLAS
    Third Party Plaintiff,              CIVIL ACTION NO.
                                      1:07CV1621RWR

        v.

UNITED STATES DEPARTMENT OF     NOTICE OF AFFIRMATION
JUSTICE OF INFORMATION  AND
PRIVACY
    Third Party Defendants

John Casillas
    Third Party Intervener.
_____/

AFFIRMATION

STATE OF GEORGIA       )
WAYNE COUNTY           )   ss:   Verify Affirmation of
united States of America )        JOHN ANTONIO CASILLAS.

    JOHN ANTONIO CASILLAS (C), ens legis/Trust, in posse, declares
and affirms that his authorized representative John Casillas, Inju-
red Party of Interest/Third-Party Intervener/Principal, sui  juris,
in esse, the real living man, read the contends of the  foregoing
Plaintiff's Answer and Notice of Acceptance and states that request
was presented to the FOIA Officials for the correction and clarifi-
cation of the Style name used in their search; that request was pre-
sented for clarification and distintion between the ens legis, JOHN
ANTONIO CASILLAS (C)/Trust, the one the search for records had to
be done on, the one charged in the indictment and the requester

1

John Casillas, the living Sentient.  However, based on the FOIA officers statements the search was conducted on "Casillas" name the living Sentient and not on the ens legis "CASILLAS". No Bonding information and registration and name of the transfer agent (CUSIP NO. and assessment omid, omad, 1099OID, 1999INT, for any and originating Case no. 90CR314CC, District of Puerto Rico (1990)), and authentication of authority (Oath of Office and Bonding information) of Credit item Signatory DANIEL F. LOPES ROMO(USA, 1990), Jose A. Quiles Espinosa(AUSA, 1990), Rosa Emilia Rodriques Veles(AUSA, 1990) (Complainants) P.R. Bar no. _____ and the generated commercial instruments, SF273 "Bid Bond", SF274 "Performance Bond", SF275 "Payment Bond" and the signed, certification of assessment and name of the registered public accounting firm and name of auditor who assessed the "Charges" credentials, oaths, Name and contact information for Case no. for 90CR314CC, DPR(1990).

Affiant states that DIONE J. STERNS declarations are based on an unsigned declarations of an alleged AUSA from the Judicial District of Puerto Rico, without a signature and without the six digit bar no.. The document does not have any standing under federal law.

Affiant states that the alleged declaration of AUSA ISABEL MUNOS ACOSTA does not carry a wet signature. The signature authorizing the statements is missing. The name of the alleged AUSA ISABEL MUNOS ACOSTA is typed in the document and no wet signature is shown. The required six digit Bar no. is also missing, a mandate under federal law.

Affiant declares that the same are true of his own knowledge, except as those matters and things, he believes them to be true

2

and declare under federal law, Title 18 USC §1621 and Title 28 USC §1746, under the penalty of perjury that the foregoing is true and correct until the real party in interest written proof of claim to the contrary be presented.

RESPECTFULLY SUBMITTED, in Jesup, Ga this 4th day of December 2007.


JOHN ANTONIO CASILLAS
Plaintiff's Authorized Signature [UCC 3-402b]
JOHN ANTONIO CASILLAS (C), ens legis/Trust
c/o 06843-069  Unit BA for John Casillas,
Injured Party of Interest/Third Party Intervener/
Principal
FEDERAL SATELLITE LOW
2650 HWY 301 S.
JESUP, GA [31599]

in the district court for the United States
for the District of Columbia

JOHN ANTONIO CASILLAS
AKA JOHN CASILLAS

    Third Party Plaintiff,

       v.

UNITED STATES DEPARTMENT OF
JUSTICE OFFICE OF INFROMATION
AND PRIVACY

    Third Party Defendant(s),

John Casillas

    Third Party Intervener.

in Admiralty
Article III, §2, Cl 1

Civil Action NO.
1:07CV1621RWR

ANSWER AND NOTICE

JURISDICTION

RULE 8, FED.R.CIV.P.
RULE 13, FED.R.CIV.P
SECTION 706, 5 USC

_____/

## PLAINTIFF'S ANSWER AND NOTICE OF ACCEPTANCE

    Please Note that it is the Plaintiff's intent to expedite this process to reach settlement and closure on this matter as soon as possible. The "Defendant's" Motion For Summary Judgment and Memorandum of Law, unsigned Declaration of Assistant U.S. Attorney ISABEL MUNOZ ACOSTA and Declaration of Dione J. Stearns" of the above numbered case [1:07CV1621RWR] has been Accepted for Value endorced and return to the presenter in exchange for the disclosure of the Credit item Signatory who generated the commercial instruments of the Bonds requested in his complaint using Plaintiff's EIN 11634 3892. I have Accepted for Value pursuant to Rule 8, FRCIVP. Because there no facts in dispute disclosure is the proper remedy.

1

I am in receipt  and I Accept for Value the Summary Motion and
Declarations of Isabel Munos Acosta and Dione Jackson Steams filed
November 19, 2007 and received on November 29, 2007 at Jesup, Ga. I
agree to perform my duties under federal law.  I seek Proof of Claim
in the nature of interrogatories  in respect to the Crim no. 3:90CR
314CC, DPR (1990) on the bonding of Charging instrument, that the
prosecution was lawfull, proper and 'constitutional' so that the court
determine that you or others within your venue did not commit consti-
tutional impermissible misapplication of the statute or law and that
there is no existance of Securities Fraud in this matter.  In support
the Plaintiff presents the following interrogatories.

### INTERROGATORIES

This interrogatory is an attempt to offer Defendants grace/oppor-
tunity to cure and to show good faith by answering by written replies
made under oath pursuant to Rule 33, FRCIVP. As I want to resolve
this matter as soon as possible, it is of necessity that I can only
do so conditioned upon your Proofs of Claims.  The necessary Proofs
of Claims are set out below. **Unless you rebut this process within
20 days, we have a settlement agreement.**

To save you time, I have provided a stipulated answer for you,
in underline, to each request for the proofs of claim:  If my sti-
pulated answer is correct then you have no obligation to answer.
**However, if the stipulated answer is incorrect then you have an
obligation to provide your own proof of claim and/or answer point-
for-point for the record within 20 days.** Your answer and/or the

2

facts to which you stipulate by failure to answer, will be itemized on a Schedule of Stipulated Facts, which will comprise our contract, should you fail to respond by sworn statement, to each and every Proofs of Claims listed below.

According to the terms of this contract, your failure to respond and provide Proofs of Claims by sworn statement on a point-by-point basis, will be deemed your stipulation that this matter is settled and closed, no controversy exits, and that you waived your right to object. Failure to respond by sworn statement, on a point-by-point basis, constitutes a self-executing Power of Attorney and a self-executing Confession of Judgments.

To answer/respond, you are required to Provide Proofs of Claim as listed below:

1)  **PROOFS OF CLAIM**  that the United States Constitution, or any state constitution, operates upon the undersigned.

**Stipulated answer:**  The undersisigned is not subject to the United States Constitution. nor any state constitution.

2)  **PROOFS OF CLAIM**  that the undersigned is a party to the Social Compact known as the United States Constitution, or any state constitution.

**Stipulated answer:**  The undersigned is not a party to the United States Constitution, nor any state constitution. (See Padleford Fay & Co. v. The Mayor of Savanna, 14 Ga 438(1854))

3)  **PROOFS OF CLAIM** that the undersigned is a signatory to the United States Constitution, or any state constitution.

**Stipulated answer:**  The undersigned is not a signatory on the United States Constitution, nor to any state constitution.

4)  **PROOFS OF CLAIM** that there is any provision within the constitution For the United States which makes one subject to the jurisdiction of said Constitution, other than the requirements  of

Article VI, which makes anyone subject to the jurisdiction of said constitution.

     **Stipulated answer:**    There is no other section or article within the Constitution for the United States, other than Article VI, which makes anyone subject to the jurisdiction of said constitution.

   5) **PROOFS OF CLAIM** that the undersigned has taken an oath to the Constitution for the United States or to any state constitution, which oath is/was in effect at the time of trial on this instant matter.

     **Stipulated answer:**    There is no record of the undersigned having taken an oath to the Constittution for the United States, nor to any state constitution.

   6) **PROOFS OF CLAIM** that the undersigned is not of common Right, and is somehow required to support some constitution by tendering his Oath or affirmation, or his allegiance.

     **Stipulated answer:**    The undersigned is of common Right, and is not required to support any constitution by tendering his Oath or Affirmation, or his allegiance.

   7) **PROOFS OF CLAIM** that the undersigned is subject to the jurisdiction of any branch of any  government created under any constitution, state  or federal, to which the undersigned is not subject, including Congress and state legislatures.

     **Stipulated answer:**    No  branch of state or federal government has any jurisdiction or authority over the undersigned, since the undersigned is not subject to any  state or federal constitution.

   8) **PROOFS OF CLAIM** that the undersigned is indirectly subject to the enactment of Congress, or any state legislature, given that the undersigned is not subject to the state or federal constitution which created Congress or any state legislature.

     **Stipulated answer:**    The undersigned cannot be subject to the enactment of Congress or any legislature being that the undersigned is not subject to the constitution(s) which created said entities.

9) **PROOFS OF CLAIM** that the undersigned is some sort of citizen/franchisee or indentured property of the State or Federal government; produce the contract of indenture.

Stipulated answer: The undersigned is not indentured property of the State or Federal government.

10) **PROOFS OF CLAIM** that a nexus of contract exists which would put the undersigned in an Almiralty/Maritime jurisdiction. Produce the contract documents containing the undersigned's signature.

Stipulated answer: The prosecution is unable to produce said contract.

11) **PROOFS OF CLAIM** that the UNITED STATES and/or the State, by becoming a corporator, DID NOT lay down its sovereignty and take on the character of a private citizen and that it HAS the authority to exercise powers which are not derived from the corporate charter.

Stipulated answer: The UNITED STATES and/or any State, by becoming a corporator, DID lay down its sovereignty and took upon themselves the character of a private citizen, and therefore, they have NO authority to exercise any powers which are not derived from their corporate chapters.

12) **PROOFS OF CLAIM** that the undersigned's Rights DID NOT exits before the creation of the State or Federal governments. See Hale v. Hinkle, 201 US 43,74 (1906).

Stipulated answer: the undersigned's Rights pre-existed the creation of the State and Federal governments, and before the creation of their respective constitutions.

13) **PROOFS OF CLAIM** that the Prosecuting attorney, the arresting officer and the judge have all taken and filed and Oath of Office stating he/she will uphold and defend the appropriate State and Federal constitution.

Stipulated answer: All prosecutorial, judicial and executive officers have taken oaths to uphold and defend the Constitution of the appropriate State and Federal constitution, and

5

therefore, are subject to the restraints within said constitutions.

14) **PROOFS OF CLAIM** that the undersigned received any notification that the act/position, ect., taken by him was a violation of any State or United States applicable to him.

  **Stipulated answer:**  The undersigned was not notified that his acts/position, etc., were in violation of any State or United States Statutes applicable to him.

15) **PROOFS OF CLAIM** that the undersigned man is named in the code or statute cited in the charging instrument.

  **Stipulated answer:**  The undersigned man is not named in the code or statute cited in the charging instrument.

16) **PROOFS OF CLAIM** that the State and/or Federal governments ARE NOT operating under a National Bankruptcy or National Emergency as declared in 1933.

  **Stipulated answer:**  All State and Federal governments ARE operating under a National Bankruptcy and a National Emergency which was declared in 1933.

17) **PROOFS OF CLAIM**  that a Bankruptcy plaintiff [UNITED STATES] has standing to bring an action in court.

  **Stipulated answer:**  A Bankrupt does not have standing as a plaintiff [U.S.] in court.

18) **PROOFS OF CLAIM** that within the Criminal Case 90CR314CC, D.P.R., the prosecutor posted an Indemnity Bond to indemnify the government's action to any injury to the undersigned.

  **Stipulated answer:**  The Prosecutor did not post an Indemnity Bond into this instant matter.

19) **PROOFS OF CLAIM** that within the Criminal Case 90CR314CC, D.P.R., [UNITED STATES V.  CASILLAS], the Judgment is/was not "commercial paper" to be deposited into any bank, or converted into a depositable item, or sold as a bond or security for the commercial benefit of the Plaintiff[U.S.] in this matter, which would be a violation of law, i.e., trading securities in the

Defendant's name [JOHN ANTONIO CASILLAS] without the defendant s permission

**Stipulated answer:** The Judgment and Sentence is all criminal matters is sold to investors, to the highest bitter, and are traded as bonds/securities in the Defendant's name without the Defendant s permission. which is unlawful. See e.g , SARBANES-OXLEY ACT (2002).

20) **PROOFS OF CLAIM** that as to the any monetary judgment. that the undersigned cannot accept it for value and discharge the "debt" via Bill of Exchange or other appropriate commercial paper, using his Exemption. in respect to HJR 192

**Stipulated answer:** Pursuant to HJR 192, there is no money of account which to pays a debt, and all debt can be discharged. dollar for dollar.

21) **PROOFS CLAIM** that contrary to precedent set by hundreds of case law over hundreds of years. the court DOES has subject matter jurisdiction without a valid law before it.

**Stipulated answer:** It is a fact established by hundreds of case law rulings over hundreds of years, going clear back to England before this country was established that a court has no subject matter jurisdiction unless there is a valid law before it.

22) **PROOF OF CLAIM** that, contrary to precedent set by hundreds of years, a law, to be valid, DOES NOT need to have an enacting clause on the face of the law as charged and as published in order to grant subject matter jurisdiction to the court.

**Stipulated answer:** It is a fact established by hundreds of case law rulings over hundreds of years. going clear back to England before this country was established, that a law, to be valid, has to contain an enacting clause on the face of the law as charged and published, whether the constitution requires it or not.

23) **PROOFS OF CLAIM** that a law or code which is NOT published in the form and style mandated by a State or Federal Constitution,

IS NOT a constitutional law.

24) **PROOFS OF CLAIM** that the law or code which was cited as
having been violated in Criminal case 90CR314CC,D.P.R., is a valid
law, having an enacting clause on the face of the law, or code  as
published, and as mandated by constitutional law and precedent which
as been established for hundreds of years, and therefore, is a valid
law.

   **Stipulated answer:**  The law or Code which was cited in
this instant matter, DOES NOT contain an enacting clause on the
face of the law as charged and published, and, therefore, IS NOT a
valid law, thereby depriving the court of any subject matter juris-
diction it may have had, were there other proof that the Defendant
[JOHN ANTONIO CASILLAS] was subject to the jurisdiction of the
court.

25) **PROOFS OF CLAIM** that the Prosecution is NOT responsible
to proof all elements of subject matter and personam jurisdiction.

   **Stipulated answer:**  It is the prosecutor's responsibility
to prove all elements of jurisdiction whatsoever.

26) **PROOF OF CLAIM** that the prosecutor does not have the
"duty and obligation" to produce and provide the "proofs of claim"
as requested pursuant to the principals of the "clean hands doctrine"
and "good faith" dealings with the undersigned.

   **Stipulated answer:**  Pursuant to the Administrative Proce-
dure Act and the Freedom of Information Act and similar state legis-
lation, government officials are required to provide proof of
authority whenever required to do so by the private sector.

27) **PROOFS OF CLAIM** that the undersigned cannot exercise his
"exclusive remedy", being a Tort Claim for the moral wrongs commi-
tted by you, including, but not limited to constitutional misappli-
cation of the statute/law, breach of agreement, conspiracy (two or
more involved) violation of State and Federal statute/law on "Tender
of Payment", violation of Nygard v. Continental, violation of
equal protection of the law, denying public policy, discrimination

of the application of limited liability for the payment of debt and
other violations known and unknown.

     **Stipulated answer:**  <u>The undersigned has all  the  above</u>
<u>rights.</u>

    28) **PROOFS OF CLAIM** that the Prosecutor DID READ THE CHARGES
into the Record and DID CERTIFY said charges.

     **Stipulated answer:**  <u>The Prosecutor DID NOT read the charges</u>
<u>into the record and DID NOT CERTIFY said charges.</u>

    29) **PROOF OF CLAIM** that the charges against the Defendant [
JOHN ANTONIO CASILLAS, 90CR314CC,D.P.R.] were bonded and/or that
the codes which the defendant in 90CR314CC, DPR, is charged with
violating, ARE bonded(as opposed to the session laws or Statutes at
Large, which the defendant[JAC] was NOT charged with violating).

     **Stipulated answer:**  <u>The charges against the defendant[JAC]</u>
<u>were not bonded.</u>

    30) **PROOFS OF CLAIM** that selling a judgment which is not based
on CERTIFIED charges, is NOT securities fraud, wherein the Securi-
ties Exchange Commission and the IRS  should be called in  to
investigate this fraudulent transaction. See Sarbanes-Oxley Ace of
2002, H.R. 3763, 107th Congress, 2nd Section, Amendment to the 1934
Securities Exchange Act.

     **Stipulated answer:**  <u>The selling of a judgment which is not</u>
<u>based on CERTIFIED Charges IS securities fraud, and the Securities</u>
<u>Exchange Commissions and the IRS should be called in to investigate</u>
<u>this fraudulent transaction.</u>

    31) **PROOFS OF CLAIM** that the Court DID give the Defendant[JOHN
ANTONIO CASILLAS, 90CR314CC,D.P.R.] and/or the Third Party Interve-
ner[John Casillas, the living Sentient] FULL DISCLOSURE as to his
liability to settle the penal sum attached to the Judgment/Bond,
and disclosed to the Defendant/Third Party Intervener the amount
of the Judgment/Bond and also disclosed the fact that if the De-
fendant and/ or Third Party Intervener did not settle the account
in full, the Judgment/Bond would be sold to an investor.

**Stipulated answer:** Neither the prosecutor nor the Court made any such disclosures to the Defendant and/or the Third Party Intervener, and the Judgment/Bond was sold in secret, without the Defendant and/or Third Party Intervener's knowledge or consent.

32) **PROOFS OF CLAIM** that the Court did have the Defendant's and/or the Third Party Intervener's written permission to sell the Judgment/Bond containing the Defendant's name and social security number, to an undisclosed investor. See Public Company Accounts Oversight Board, http://www.sec.gov/spotlight//sarbanes-oxley.htm.

**Stipulated answer:** The Court did not obtain permission from the Defendant or the Third Party Intervener to sell the Judgment/Bond containing the Defendant's name to an undisclosed investor.

33) **PROOFS OF CLAIM** that the act of selling a bond/security bearing a Third party's name, without the Knowledge and permission of that third party, IS NOT securities fraud.

**Stipulated answer:** The Court Committed Securities Fraud when it sold the Judgment/Bond bearing the Defendant's name, without the Defendant and the Third Party Intervener's knowledge and permission.

34) **PROOFS OF CLAIM** that upon my acceptance for value and return for value of the motions/documents, attached hereto, in case number 1:07CV1621RWR, IS NOT settled, closed, and without controversy.

**Stipulated answer:** Case No. 1:07CV1621RWR is settled and closed as of now, and there is no controversy until proofs of claim provides otherwise.

35) **PROOFS OF CLAIM** attach to your answer Bankruptsy Form B-10 Proof of claim and Proof of loss.

**Stipulated answer:** No such claim exits.

36) **PROOFS OF CLAIM** that the UNITED STATES DISTRICT COURT is an Article III Court pursuant to the constitution for the United States.

**Stipulated answer:** The UNITED STATES DISTRICT COURT is not an article III Court pursuant to the constitution for the U.S.

37) **PROOFS OF CLAIM** that the UNITED STATES, United States, or any derivative thereof has any jurisdiction over a private man or woman within the 50 states, outside of those limited powers granted in the Constitution for the United States, Article I, §8.

    **Stipulated answer:**  The UNITED STATES, United States, and any derivative thereof, has NO jurisdiction over a private man  or woman within the 50 states outside of those limited powers granted in Article I, §8 of the Constitution for the United States.

38) **PROOFS OF CLAIM**  that the UNITED STATES, United States, the Department of Treasury by and through the Internal Revenue Service or any derivative thereof has any jurisdiction within the 50 states.

    **Stipulated answer:**  The UNITED STATES, United States, the Department of Treasury by and through the Internal Revenue Service, of any derivative thereof, has NO jurisdiction within the 50 states.

39) **PROOFS OF CLAIM**  that the United States Attorney provided a 9131 to the Grand Jury as authorization to be convened.

    **Stipulated answer:**  The United States Attorney did not provide the Grant Jury with a 9131 as authorization to be convened.

40) **PROOFS OF CLAIM** that the United States Attorney in Criminal Case 90CR314CC, DPR is/are authorized representatives for the United States.

    **Stipulated answer:**  The United States Attorneys are not authorized to represent the United States in 90CR314CC,DPR.

41) **PROOFS OF CLAIM** – Attach to your answer Oath of office as required under federal law. See Title 4 USC §101: Title 4 USC §102; Title 48 USC §874(Oath).

    **Stipulated answer:**  No such recorded record or certify oath of office exist as required by federal law at the time of the charge.

11

## CAVEAT

should you fail or refuse to provide Proofs of Claim, you will fail to state a claim upon which relief can be granted, and **you will have stipulated to the facts in relation to the above proofs of claim, as stipulated above, to be true as they operate upon the undersigned,** i.e., that the undersigned is not a signatory nor party to the social compact(constitution), the state and federal statutes do not operate upon the undersigned, there is no nexus of contract and no valid law to give the court subject matter jurisdiction and that the prosecutor committed constitutional impermissible application of the statute/law in 90CR314CC, DPR, and you also agree that injury was done to the undersigned via false arrest, misapplication of the statute, malicious prosecution, conspiracy, unlawful incarceration and fraud, that the court is guilty of trading securities in my name without permission, and you agree that the undersigned can secure damages via Tort Claim.

UNITED STATES ATTORNEYS Ms. ROSA EMILIA RODDRIGUEZ VELES(DPR), MR. JEFFREY A.TAYLOR(DC), Assistant U.S. Attorneys, Mr.RUDOLF CONTRE-RS(DC), MS DIANE M. SULLIVAN(DC), and MS ISABEL MUNOS ACOSTA(FOIA contact DPR), MR DIONE J. STEARNS(FOIA contact DOJ), having superior knowledge of the law an access to the "proofs", you can provide such proofs of claim requested and raised herein above to inform the lawful, proper and constitutional prosecution 90CR314CC, DPR, and that there was no misapplication of the statute, and that there was no existance of **Securities Fraud,** and how the undersigned can lawfully "pay debts at law", including judgments, with real money and not be tricked into becoming a tort feasor. See Art. 1, §X. U.S.Const.

The undersigned respectfully request that you reply within twenty (20) days, providing Proofs of claim, Third Party Intervener's mail location below, and the court's mail location given in the Certificate of Service.  Should you need more time, more time will be granted upon written request.  Should you go into falt, you will be given three days (3) to cure your fault.  Should you fail to cure your fault, you will be found in default and will have established your default and dishonor.

The defaulting and dishonoring party will be foreclosed by laches and/or estoppel from maintaining or enforcing the original offer/presented in any court or administrative  tribunal whatsoever, and you agree that the undersigned may exercise his exclusive remedy as to the stipulated and agreed upon false arrest, misapplication of the statute, malicious prosecution, unlawful incarceration and fraud via tort.

RESPECTFULLY SUBMITTED in Jesup, Ga, this 12th day of Dicember 2007.


*JoHN ANTONIO CAsILLAS*
JOHN ANTONIO CASILLAS (C) 1945, ens legis/Trust
AUTHORIZED SIGNATURE UCC 3-402(b) for and in
behalf of John A. Casillas, Injured Party of
interest/Third Party Intervener/Principal, in
esse, sui juris
R06843-069 Unit BA
2650 HWY 301 S.
FEDERAL SATELLITE LOW
JESUP, GA [31599]


ENCLOSURES:
    ACCEPTANCE FOR VALUE

13

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date of December 12, 2007, a true and correct copy of the "PLAINTIFF'S ANSWER AND NOTICE OF ACCEPTANCE" has been mailed to the following parties:


CLERK'S OFFICE
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
333 CONSTITUTION AVE. N.W., SUITE 5409
WASHINGTON, DC 20001


OFFICE OF INFORMATION AND PRIVACY
UNITED STATES DEPARTMENT OF JUSTICE
425 NEW YORK AVE. N.W., SUITE 11050
WASHINGTON, DC 20530-0001

UNITED STATES ATTORNEY'S OFFICE
DISTRICT OF COLUMBIA
JUDICIAL CENTER BLDG
555 FOURTH ST. N.W., ROOM E4919
WASHINGTON, DC 20530

UNITED STATES ATTORNEY'S OFFICE
ROSA EMILIA RODRIGUEZ VELES, USA
DISTRICT OF PUERTO RICO
TORRE CHARDON SUITE 1201
350 CHARDON AVE.
SAN JUAN, PUERTO RICO 00918


by U.S. mail postage prepaid through institutional mail box this day of December  12, 2007, declare under the penalty of perjury that the foregoing is true and correct.



*John Antonio Casillas*
JOHN ANTONIO CASILLAS (C) 1945, ens legis/Trust
AUTHORIZED SIGNATURE UCC 3-402(b) for and in
behalf of John A. Casillas, Injured Party of
interest/Third Party Intervener/Principal, in
esse, sui juris
R06843-069  Unit BA
2650 HWY 301 S.
JESUP, GA [31599]

14

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN ANTONIO CASILLAS | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-1621(RWR) |
| | ) |
| UNITED STATES DEPARTMENT | ) |
| OF JUSTICE OFFICE OF | ) |
| INFORMATION AND PRIVACY, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant, pursuant to Rule 56 of the Federal Rules of Civil Procedure, moves the Court for summary judgment with regard to plaintiff's FOIA request made to the EOUSA/FOIA/PA Staff because there are no material issues of fact and defendant is entitled to judgment as a matter of law.

In support of this motion, the defendant submits the attached Memorandum of Points and Authorities, Statement of Material Facts as to Which There Is No Genuine Issue, and the Declarations of Dione J. Stearns and Assistant United States Attorney (AUSA) Isabel Munoz Acosta.

Pro se plaintiff will please take note that the assertions contained in the accompanying declarations and other attachments in support of defendant's motion will be accepted by the Court as true unless plaintiff submits his own affidavit or other documentary evidence contradicting the assertions in defendant's declaration and attachments. Plaintiff is referred to Local Rule 7(h), Local

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN ANTONIO CASILLAS          )
                              )
          Plaintiff,           )
                              )
     v.                        )     Civil Action No. 07-1621(RWR)
                              )
UNITED STATES DEPARTMENT       )
OF JUSTICE OFFICE OF           )
INFORMATION AND PRIVACY,       )
                              )
          Defendant.           )
                              )
_____)

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S PETITION FOR JUDGMENT

### INTRODUCTION

The Department of Justice (DOJ) has submitted declarations by Dione J. Stearns (Stearns Decl.) and AUSA Isabel Munoz Acosta (Acosta Decl.) in support of this motion addressing the search for records responsive to plaintiff's FOIA request.

### FACTUAL BACKGROUND

The factual background concerning plaintiff's FOIA request is set out in detail in the Statement of Material Facts as to Which There Is No Genuine Issue, which is incorporated herein by reference.

In his FOIA request, plaintiff pro se, sought the disclosure of all criminal bonds or bonding information relating to him in U.S. v. Antonio Casillas, Civil Action No. 90-0314 (D.C.P.R)(Stearn Decl., Exs. 1, 13).

reiterated that upon correction, of his above deficiencies, EOUSA will open a new file (<u>See</u> Exhibit 2).

3.    By letter dated November 5, and November 6, 2006, plaintiff submitted a perfected request, which sought disclosure of all criminal bonds or bonding information pertaining to his criminal case in the DPR (<u>See</u> Exhibit 3).

4.    By letter dated December 27, 2006, EOUSA FOIA/PA acknowledged plaintiff's perfected ,request and advised him that his request was assigned Request Number 06-4037. <u>Id.</u>

5.    By letter dated April 30, 2007, EOUSA informed plaintiff that a search for records in the USAO for the District of Puerto Rico (USAO-DPR) has revealed no responsive records for criminal bonding pertaining to his criminal case in DPR. <u>See</u> Exhibit 4.

6.    By letter dated May 9, 2007, plaintiff filed an appeal with the Office of Information and Privacy (OIP). By letter dated June 20, 2007, OIP affirmed EOUSA's action on plaintiff's request (<u>See</u> Exhibits 5 and 6).

7.    Upon receipt of plaintiff's FOIA/Privacy Act request, the USAO-DPR conducted a search under plaintiff's name of the LIONS computer tracking systems utilized by the USAO's Office to record and maintain up to date information on cases and other matters opened by Assistant United States Attorneys and to produce a variety of reports on that information (Acosta Decl. ¶

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN A. CASILLAS,

    Plaintiff,

    Vs.

U.S. DEPARTMENT OF JUSTICE,   et al.,

    Defendant.

Civil No. 07-1621

## DECLARATION OF ASSISTANT U.S. ATTORNEY ISABEL MUÑOZ ACOSTA

I, Isabel Muñoz Acosta, declare the following to be a true and correct statement of facts:

1) This Declaration addresses the searches that I conducted for records responsive to the FOIA request made by Mr. Juan A. Casillas.

2) I am currently the Freedom of Information Act ("FOIA") Contact of the United States Attorney's Office ("USAO"), District of Puerto Rico ("DPR"). Since 1997 to the present, I have been the FOIA Contact between the USAO/DPR and the Executive Office for United States Attorneys ("EOUSA"). As a FOIA Contact, I handle approximately 20 FOIA requests per year. To do so, I conduct searches for documents that might be responsive to a FOIA request in my District. Once I locate all responsive documents, I sort through them and separate the responsive records from the non-responsive records. I then forward the responsive records to EOUSA. EOUSA makes all determinations regarding the release or withholding of records. The statements I make herein are either on the basis of my own personal knowledge or on the basis of knowledge acquired by me through the performance of my official duties.

3) Due to the nature of my official duties, I am familiar with procedures followed by this Office in responding to Mr. Casillas' request.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN ANTONIO CASILLAS,                )
                Plaintiff,            )
                            )
                            ) Civil Action No. 07-1621
        V.                            )
                            )
UNITED STATES DEPARTMENT OF JUSTICES, )
OFFICE OF INFORMATION AND PRIVACY     )
                Defendant           )

DECLARATION OF DIONE J. STEARNS

    I, Dione J. Stearns declare the following to be a true and correct statement of facts:

    1)      I am an Attorney Advisor with the Executive Office for United States Attorneys (EOUSA), United States Department of Justice. In this capacity, my responsibilities include: acting as liaison with other divisions and offices of the Department of Justice ("DOJ") in responding to requests and the litigation filed under both the Freedom of Information Act ("FOIA"), 5 U.S.C. §552 (1988)) and the Privacy Act of 1974 (5.U.S.C. §552a (1988) ("PA"); the review of FOIA/PA requests for access to records located in this office and 94 United States Attorney's offices (USAO's) and the case files arising therefrom; the review of correspondence related to requests; the review of searches conducted in response to requests; the location of responsive records; and preparation of responses thereto by EOUSA to assure that determinations to withhold (or to release) such responsive records are in accordance with the provisions of both the FOIA and the PA, as well as the Department of Justice regulations (28 C.F.R. §§ 16.3 et.seq. and §16.40 et.seq.).

    2)      As an Attorney Advisor of the FOIA/PA unit, EOUSA, I have authority to release and /or withhold records requested under the FOIA/PA, and to advocate the position of the