**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JOHN ANTONIO CASILLAS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-1621(RWR) |
| | ) | |
| UNITED STATES DEPARTMENT | ) | |
| OF JUSTICE OFFICE OF | ) | |
| INFORMATION AND PRIVACY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

### MOTION FOR AN ENLARGEMENT OF TIME

The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for an enlargement of time to file a reply up to and including January 15, 2008.

Counsel for the defendant was out of the office on "Use or Lose" Leave  until January 7, 2008.  Counsel has had several mediations in other cases this week and a major motion due on Friday, January 11, 2008 in Dome v. Dudas, Civil Action No. 07-1695.  This short extension will not delay the final resolution of this case.

Plaintiff pro se is presently incarcerated and was not contacted concerning this motion.  See LCvR. 7(m)(limiting the duty to confer on non-dispositive to "counsel" and "opposing counsel").

Wherefore, it is respectfully requested that the defendant have up to and including January 15, 2008 to file a reply.

Respectfully submitted,

__/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


__/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


__/s/_____
DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530
(202) 514-7205

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by

First-Class Mail; postage prepaid to:

JOHN ANTONIO CASILLAS
aka JOHN CASILLAS
# 06843-069, Unit BA
Federal Satellite Low
2650 Hwy 301 South
Jesep, GA 31599

on this _____ day of January, 2008.

                    ___/s/_____
                    DIANE M. SULLIVAN
                    Assistant United States Attorney
                    555 Fourth Street, N.W.
                    Room E4919
                    Washington, D.C.  20530
                    (202)514-7205

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
JOHN ANTONIO CASILLAS          )
                               )
             Plaintiff,        )
                               )
       v.                      )      Civil Action No. 07-1621(RWR)
                               )
UNITED STATES DEPARTMENT       )
OF JUSTICE OFFICE OF           )
INFORMATION AND PRIVACY,       )
                               )
             Defendant.        )
                               )
_____)
```

<u>**ORDER**</u>

    Upon consideration of defendant's Motion for an Enlargement of Time, any Opposition thereto, and the entire record, it is on this _____ day of January, 2008, hereby

    ORDERED that defendant's motion is GRANTED.  It is further

    ORDERED that defendant shall have up to and including January 15, 2008 to file a reply.


                                    _____
                                    U.S. DISTRICT COURT JUDGE


Copies to:
DIANE M. SULLIVAN                  JOHN ANTONIO CASILLAS
Assistant United States Attorney   aka JOHN CASILLAS
555 Fourth Street, N.W.            # 06843-069, Unit BA
Room E4919                         Federal Satellite Low
Washington, D.C.  20530            2650 Hwy 301 South
                                   Jesep, GA 31599