in the
district court for the United States
for the District of Columbia

CASE NO. 1:07CV1621RWR

RECEIVED
JAN 2 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JOHN ANTONIO CASILLAS
AKA JOHN CASILLAS

PLAINTIFF,

V

UNITED STATES DEPARTMENT OF JUSTICE

DEFENDANTS.

---

JOHN ANTONIO CASILLAS
AKA JOHN CASILLAS

THIRD PARTY PLAINTIFF,

V

UNITED STATES DEPARTMENT OF JUSTICE

THIRD PARTY DEFENDANTS,

John Casillas

THIRD PARTY INTERVENER.

---

HONORABLE JUDGE RICHARD W. ROBERTS
DISTRICT JUDGE FOR THE UNITED STATES DISTRICT OF COLUMBIA

---

AFFIDAVIT BY SPECIFIC NEGATIVE AVERMENT IN OPPOSITION TO
DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT

---

John Casillas, Injured Party of Interest/
Third Party Intervener/Principal in behalf
of JOHN ANTONIO CASILLAS (C), ENS LEGIS/TRUST
C/O 06843-069  UNIT BA
FEDERAL SATELLITE LOW
2650 HWY 301 S.
JESUP, GEORGIA 31599

in the
district court for the United States
District of Columbia

JOHN ANTONIO CASILLAS
AKA JOHN CASILLAS

    PLAINTIFF,

V.

UNITED STATES DEPARTMENT OF JUSTICE

    DEFENDANTS.

_____

JOHN ANTONIO CASILLAS
AKA JOHN CASILLAS

    THIRD PARTY PLAINTIFF,

V.

UNITED STATES DEPARTMENT OF JUSTICE
    THIRD PARTY DEFENDANTS,

John Casillas

    THIRD PARTY INTERVENER

_____/

in Admiralty

CIVIL ACTION NO.
1:07CV1621RWR

AFFIDAVIT OF SPECIFIC
NEGATIVE AVERMENT IN
OPPOSITION TO DEFENDANTS'
REPLY TO PLAINTIFF'S
OPPOSITION TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT

Jurisdiction
Rule 9(a), FRCIVP

THE STATE OF GEORGIA    )
WAYNE COUNTY           )        AFFIDAVIT
<u>u</u>nited States of America  )

    By Special Appearance only, John Casillas, a living, breathing flesh and blood sentient mortal being, having first-hand knowledge, declare in My authority, invoking the "Instrumentality Rule", i.e., piercing the corporate veil rule, in the first instance upon discovery of the nature and cause of any debt, duty, claim, or other obligation, that the following facts are true, correct, certain and complete to the best of My Knowledge and belief, under penalty of perjury of the Law(s) of the United States and the State of Georgia. Let no word, action, or writing be construed to imply the granting of any power of attorney, waiver of Rights, or assignment of title. Your Affiant states.

AFFIDAVIT BY SPECIFIC NEGATIVE AVERMENT    page 1

1. I have seen no evidence of a defect in the FOIA/PA claim nor answers to interrogatories that was filed against the USDOJ FOIA/PA, I have seen no evidence of a superior claim.

2. I have accepted case no. 1:07CV1621RWR and all presentments for value, thus settling and closing the case, and I have seen no evidence to indicate that I cannot do this.

3. I have seen no evidence that there is any money of substance in circulation in this country.

4. I have seen no evidence that a Federal Reserve Note has any more value than an IOU, a promissory note, or a banker's acceptance, and should be treated no differently.

5. I have seen no evidence that the UNITED STATES or PUERTO RICO, or the prosecutor has any claim against me, the sovereign creditor of the United States.

6. I have seen no evidence that the following corporations, defacto or otherwise, ultra vire-nul tier corporation, or Nul Charter, exist: UNITED STATES; UNITED STATES OF AMERICA; COMMOMWEALTH OF PUERTO RICO; PUERTO RICO; UNITED STATES DISTRICT COURT, DISTRICT COURT OF PUERTO RICO; UNITED STATES DISTRICT, DISTRICT OF COLUMBIA; JOHN ANTONIO CASILLAS (C); CARMEN CEREZO, JUDGE; RICHARD W. ROBERTS, JUDGE; ROSA EMILIA RODRIGUEZ VELES(DPR), JEFFREY A. TAYLOR(DC), UNITED STATES ATTORNEYS; ISABEL MUÑOS ACOSTA(DPR), ASSISTANT U.S. ATTORNEY; and DIONE J. STEARNS(FOIA CONTACT DOJ); and all other corporate members who are or may be associated with any Debt, Duty, Claim, or other obligations against Affiant, My body or incorporeal hereditaments of personalty, droit-droit dominium jura in re; via explicit reservation of Rights pursuant to Constitution for the United States,

Washington D.C., Commonwealth of Puerto Rico, ad infinitum.

7. I have seen no evidence that the United States Constitution, or any state, operates upon me.

8. I have seen no evidence that I am a party to the social compact known as the United States Constitution, any state constitution.

9. I have seen no evidence that I am a signatory to the United States Constitution, or any state constitutuion.

10. I have seen no evidence that there is any provision within the Constitution for the United States which makes one subject to the jurisdiction of said Constitution, other than the requirements of Article VI of said constitution, which makes all judges, legislators, executive and judicial officers and all who have taken an oath to said constitution, state and federal, subject to the jurisdiction of said constitution.

11. I have seen no evidence that I have taken an Oath to the Constitution for the United States or to any state constitution, which oath is/was in effect at the time of trial in 90CR324, DPR, or this instant matter.

12. I have seen no evidence that I am not of common Right, and am somehow required to support some constitution, or allegiance.

13. I have seen no evidence that I am subject to the jurisdiction of any branch of any government created under any constitution, state or federal, to which I am not subject, including Congress and state legislatures.

15. I have seen no evidence that I am some sort of citizen/ franchisee or indentured property of the State or Federal government.

AFFIDAVIT BY SPECIFIC NEGATIVE AVERMENT       page  3

16. I have seen no evidence that the Court in this instant matter has subject matter jurisdiction absent PROOF that the undersigned is subject to the jurisdiction of some constitution or other social contract or compact, either by oath or by some constitutional requirement, by a contract of indenture, or by some Higher Title and insurable interest held by the State or Federal governments over the person or private property of the Defendant(Plaintiff in this action).

17. I have seen no evidence that a nexus of contract exists which would put the Defendant(Plaintiff in this action) in an Admiralty/Maritime jurisdiction. Produce the contract with the documents containing the Defendant's(Plaintiff's) signature.

18. I have seen no evidence that the UNITED STATES and/or any State, by becoming a corporation, DID NOT lay down its sovereignty and take on the character of a private citizen and that it HAS the authority to exercise powers which are not derived from corporate chapter.

19. I have seen no evidence that My Rights DID NOT exits before the creation of the State or Federal governments. See Hale v. Hinkle, 201 US 43,74(1906).

20. I have seen no evidence that the Prosecuting attorney, the arresting officer and the judge have all taken and filed an Oath of Office stating he/she will uphold and defend the appropriate State and Federal constitutions.

21. I have seen no evidence the the undersigned received any notification that the act/position, etc., taken by him was in violation of any State or United States Statutes applicable to him.

AFFIDAVIT BY SPECIFIC NEGATIVE AVERMENT      page   4

22. I have seen no evidence that the undersigned is named in code or statute cited in the charging instrument.

23. I have seen no evidence that the State and/or Federal government ARE NOT operating under a National Bankruptcy or National Emergency as declared in 1933.

24. I have seen no evidence that a Bankrupt plaintiff has standing to bring an action in court.

25. I have seen no evidence that within the criminal case as identified in the FOIA claim [90CR314CC, DPR], the prosecutor posted an Indemnity Bond to indemnify the government's action to any injury to the undersigned.

26. I have seen no evidence that within the criminal case as identified in the FOIA claim [90CR314CC], the judgment is/was not "Commercial paper" to be deposited into any bank, or converted into a depositable item, or sold as a bond or security for the commercial benefit of the UNITED STATES OF AMERICA, the Plaintiff in the Criminal Case, which would be a violation of law, i.e., **trading securities in the Defendant's name without the Defendants' permission.**

27. I have seen no evidence that as to any monetary judgment, that the undersigned cannot accept it for value and discharged the "debt" via Bill of Exchange or other appropriate commercial paper, using his Exemption, in respect to HJR-192.

28. I have seen no evidence that, contrary to precedent set by hundreds of case law over hundreds of years, the Court DOES has subject matter jurisdiction without a valid law before it.

29. I have seen no evidence that, contrary to precedent set by hundreds of case law over hundreds of years, a law, to be valid,

AFFIDAVIT BY SPECIFIC NEGATIVE AVERMENT    page   5

DOES NOT need to have an enacting clause on the face of the law, as charged and as published, in order to grant subject matter jurisdiction to the court.

30. I have seen no evidence that a law or code which is NOT published in the form and style mandated by a State/Federal constitution, IS a constitutional law, regardless of the constitutional requirement.

31. I have seen no evidence that the law or code which was cited as having been violated in the criminal case [90CR314CC, DPR], is a valid law, having an enacting clause on the face of the law or code as published, and as mandated by constitutional law and precedent which has been established for hundreds of years, and therefore, is a valid law.

32. I have seen no evidence that the Prosecution is NOT responsible to prove all elements of subject matter and personam jurisdiction.

33. I have seen no evidence that the procedutor does not have the "duty and obligation" to produce and provide the "proofs of claim" as requested pursuant to the principles of the "clean hands doctrine" and "good faith" dealings with the undersigned.

34. I have seen no evidence that the undersigned cannot exercise his "exclusive" remedy, being a Tort Claim for the moral wrongs committed by the prosecutor and the court, including, but not limited to constitutional misapplication of the statute/law, breach of agreement, conspiracy (two or more involved), violation of State and Federal statute/law on "Tender of Payment", violatin of <u>Nygarrd v. Continental,</u> violation of equal protection of law, denying public

AFFIDAVIT BY SPECIFIC NEGATIVE AVERMENT    page  6

policy, discrimination of the application of limited liability for the payment of debt and other violations known or unknown.

35. I have seen no evidence that the Prosecutor READ THE CHARGES into the Record and CERTIFIED said charges.

36. I have seen no evidence that the charges against the defendant(plaintiff in this action) were bonded and/or that the Codes which defendant(plaintiff) is charged with violating ARE bonded (as opposed to the sessions laws or Statutes at Large, which the defendant (plaintiff in this action) was NOT charged with violating).

37. I have seen no evidence that selling a judgment which is not based on CERTIFIED charges, is NOT securities fraud, wherein the Securities Exchange Commission and the IRS should be called in to investigate this fraudulent transaction.

38. I have seen no evidence that the Court DID give the defendant(plaintiff) and/or the Third Party Intervener FULL DISCLOSURE as to his liability to settle the penal sum attached to the Judgment/Bond, and disclosed the fact that if the Defendant(plaintiff) and/or Third Party Intervener did not settle the account in full, the Judgment/Bond would be sold to an investor.

39. I have seen no evidence that the act of selling a bond/security bearing a third party's name, without the knowledge and permission of that third party, IS NOT securities fraud.

40. I have seen no evidence that upon my acceptance for value and return for value of the presentment/documents attached with each response, case number 1:07CV1621RWR, District of Columbia IS NOT settled, closed, and without controversy.

AFFIDAVIT BY SPECIFIC NEGATIVE AVERMENT     page 7

41. I have seen no evidence that the UNITED STATES DISTRICT COURT is an Article III Court pursuant to the constitution for the United States.

42  I have seen no evidence that the UNITED STATES, United States, or any derivative thereof has any jurisdiction over a private man within the 50 states, outside of those limited powers granted in the Constitution for the United States, Article I, §8.

43. I have seen no evidence that the UNITED STATES, United States, the Department of Treasury by and through the Internal Reveue Service or any derivative thereof has any jurisdiction within the 50 states.

44. I have seen no evidence that the United States Attorney provided a U.S. Attorney's 9131 Form to the Grand Jury as authorization to be convened.

45. I have seen no evidence that the United States Attorney provided a Standard Form 61 attested copy of the docket entry hand signature with an affix seal of the court in testimony whereof, a requirement pursuant to 48 USC §874(Oath) and 4 USC §§101,102 which grants the authority to be attorney's for the United States in criminal cases. See FRCRP 54(c) and FRCRP 6(d) defining "attorney for the government"; United States v. Pignatiello, 582 F. Supp 251(1984).

46 Further Affiant saith not.

Because this is an affifavit in verified form it is a legal maxim that it stands as truth in law, in equity, an admiralty and commerce, it stands in all law venues as truth unless countered by an affidavit sworn to the same degree of risk.

Remittance or discharge to avoid delictual fault  shall  be

AFFIDAVIT BY SPECIFIC NEGATIVE AVERMENT     page 8

effected in the same manner and to the same extent, in proper first person affidavit form, duly sworn under the penalty of perjury, using lawful given name and surname of Remitor(s) to include incontrovertible evidence of any superior claim involving true title to John Casillas, directed to at the mail location below. A response by Remitor(s) is required within ten (10) mailing days of receipt of this affidavit. Failure to respond will create a Default and Tacit Admission, nihil dicit (judgment of confession), to stand as fact in in-law proceedings.

    I certify under the penalty of perjury of the laws of The State of Georgia and The United States of America, Title 18 USC §1621 and Title 28 USC §1746, that the foregoing statements are true, correct and complete in all material fact and not misreprecented.

Executed this 22nd day of January, 2008, at (city) Jesup, Georgia.

*[signature: John Casillas]*
John Casillas, Injured Party of Interest/
Third Party Intervener/Principal in behalf
of JOHN ANTONIO CASILLAS (C),ens legis/Trust
C/O 06843-069 Unit BA
Federal Satellite Low
2650 HWY 301 S.
Jesup, Georgia 31599

AFFIDAVIT BY SPECIFIC NEGATIVE AVERMENT   - page 9

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date of January 22, 2008, a true and correct copy of "AFFIDAVIT BY SPECIFIC NEGATIVE AVERMENT" has been mailed to the following parties:

CLERK'S OFFICE
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
333 CONSTITUTION AVE., N.W.
SUITE 5409
WASHINGTON, DC 20001

UNITED STATES ATTORNEY'S OFFICE
ROSA E. RODRIGUEZ VELES, USA
DISTRICT OF PUERTO RICO
TORRE CHARDON SUITE 1201
350 CHARDON AVE.
SAN JUAN, PUERTO RICO 00918

UNITED STATES ATTORNEY'S OFFICE
DISTRICT OF COLUMBIA
JUDICIAL CENTER BLDG
555 FOURTH ST., N.W.
WASHINGTON, DC 20530

OFFICE OF INFORMATION AND PRIVACY
U.S. DEPARTMENT OF JUSTICE
425 NEW YORK AVE., N.W.
SUITE 11050
WASHINGTON, DC 20530-0001

by U.S. mail postage prepaid through institutional mail box this day of January 22, 2008, declare under the penalty of perjury Title 18 USC §1621 and Title 28 USC §1746 that the foregoing is true and correct.

*[signature: John Casillas]*

John Casillas, Injured Party of Interest/
Third Party Intervener/Principal in behalf
of JOHN ANTONIO CASILLAS (C), ens legis/Trust
C/O 06843-069   Unit BA
Federal Satellite Low
2650 HWY 301 S.
Jesup, Georgia 31599

AFFIDAVIT BY SPECIFIC NEGATIVE AVERMENT   page 10.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN ANTONIO CASILLAS         )
                              )
         Plaintiff,           )
                              )
    v.                        )   Civil Action No. 07-1621(RWR)
                              )
UNITED STATES DEPARTMENT      )
OF JUSTICE OFFICE OF          )
INFORMATION AND PRIVACY,      )
                              )
         Defendant.           )
                              )
_____)

### REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff filed a FOIA suit seeking records pertaining to all criminal bonds or bonds relating to him in the case of U.S. v. Antonio Casillas, Criminal Action No. 90-0314 (D.C.P.R.). A search for responsive documents in the United States Attorney's Office (USAO) for the District of Puerto Rico revealed no responsive documents.

Plaintiff's opposition to defendant's motion asserts that FOIA "implicitly" requires an agency to produce documents in the custody of the United States under the requestor's name, in any "United States agency database," and that the declarations in support of defendant's motion were not "attested by a public officer having a seal of office." He also complains that no responsive records were found. Finally, plaintiff now seeks to expand his FOIA request and to have this Court require the defendant to produce <u>all</u> records found in the LIONS database and